IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| USG CORPORATION, : | |
| a Delaware corporation, et al.,[1] : | Jointly Administered |
| : | Case No. 01-2094 (JKF) |
| Debtors. : | |
| : | |
| _____ : | |
| USG CORPORATION, et al., : | |
| : | |
| Movant : | |
| : | |
| v. : | Civil Action No. 04-1559 (JFC) |
| : | Re: Docket No. 6 |
| OFFICIAL COMMITTEE OF : | |
| ASBESTOS PERSONAL INJURY : | Civil Action No. 04-1560 (JFC) |
| CLAIMANTS, OFFICIAL : | Re: Docket No. 8 |
| COMMITTEE OF UNSECURED : | |
| CREDITORS, OFFICIAL : | |
| COMMITTEE OF ASBESTOS : | |
| PROPERTY DAMAGE CLAIMANTS : | |
| AND LEGAL REPRESENTATIVE : | |
| FOR FUTURE CLAIMANTS, : | |
| : | |
| Respondents. : | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   :
                    : SS
NEW CASTLE COUNTY   :

    Ann Jerominski, RP, being duly sworn according to law, deposes and says that she is employed as a Registered Paralegal for the law firm of Richards, Layton & Finger, P.A., and that

---

[1] The Debtors are the following 11 entities: USG Corporation, United States Gypsum Company, USG Interiors, Inc., USG Interiors International, Inc., L&W Supply Corporation, Beadex Manufacturing, LLC, B-R Pipeline Company, La Mirada Products Co., Inc., USG Industries, Inc., USG Pipeline Company and Stocking Specialists, Inc.

RLF1-2858386-1

on May 24, 2005, she caused a copy of the following document to be served via email upon the attached *Interested Party Service List*[2]:

- *Order Establishing Case Management and Scheduling Procedures for All Matters in the Above-Captioned Bankruptcy Cases Which the Reference Has Been Withdrawn from the United States Bankruptcy Court for the District of Delaware to the United States District Court for the District of Delaware [USDC Case #04-1560 Docket No. 8 & USDC Case #04-1559 Docket No. 6]*

Dated: May 24, 2005
       Wilmington, Delaware

                                                   Ann Jerominski, RP
                                                   Registered Paralegal
                                                   Richards, Layton & Finger, P.A.
                                                   One Rodney Square
                                                   P. O. Box 551
                                                   Wilmington, Delaware  19899
                                                   Phone:  (302) 651-7700
                                                   Fax:  (302) 651-7701
                                                   E-mail:  jerominski@rlf.com

SWORN TO AND SUBSCRIBED before me on this \_\_\_24th\_\_\_ day of May, 2005

_____
Notary Public

JOAN M. WEBB
Notary Public - Delaware
My Comm. Expires April 30, 2006

---

[2] as defined in the *Revised Order Establishing Case Management and Scheduling Procedures and Superceding Prior Orders Related Thereto* entered March 15, 2005 [USBC-DE Case No. 01-2094 (JKF) Docket No. 8077].

RLF1-2858386-1

In re: USG Corporation
Interested Party Service List

**Via E-mail**

Robert J. Dehney
Daniel B. Butz
Curtis S. Miller
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
rdehney@mnat.com
dbutz@mnat.com
cmiller@mnat.com

Martin J. Bienenstock
Judy Liu
John Rapisardi
Robert Lemons
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
martin.bienenstock@weil.com
judy.liu@weil.com
john.rapisardi@weil.com
robert.lemons@weil.com

RLF1-2858386-1