## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of this notice and of the foregoing **Response Of The Statutory Committee Of Equity Security Holders To The Joint Statement Of The Asbestos Personal Injury Creditors Committee And The Legal Representative For Future Asbestos Claimants Regarding Discovery In Advance Of Hearing** was caused to be made on May 26, 2005, in the manner indicated upon the entities identified on the attached service lists.

Date: May 26, 2005

_____
Daniel B. Butz (No. 4227)

466708