**In re USG Corporation, et al.**
**Case No.: 01-2094 (JKF)**

*Special Service List*

By Email:
**Office of the United States Trustee**
Frank Perch, Esq.
Office of the United States Trustee
844 King Street
Room #2311- U.S. Courthouse
Wilmington, DE 19801
Facsimile No.: 302-573-6497
E-mail: Frank.J.Perch@usdoj.gov

**Outside Counsel to the Debtors**
Brad B. Erens, Esq.
Ilana Glazier, Esq.
Jones Day
77 W. Wacker Drive
Chicago, IL 60601
Facsimile No.: 312-782-8585
E-mail: usg@jonesday.com

**Delaware Counsel to the Debtors**
Daniel J. DeFranceschi, Esq.
Paul N. Heath, Esq.
Richard, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Facsimile No.: 302-651-7701
E-mail: usg@rlf.com

**Outside Counsel to the Official**
**Committee of Unsecured Creditors**
Ken Pasquale, Esq.
Denise Wildes, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Facsimile No.: 212-806-9023
E-mail: kpasquale@stroock.com
        dwildes@stroock.com

**Delaware Counsel to the Official**
**Committee of Unsecured Creditors**
Michael R. Lastowski, Esq.
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Facsimile No.: 302-657-4901
E-mail: mlastowski@duanemorris.com

**Outside Counsel to the Official**
**Committee of Asbestos Property Damage**
**Claimants**
Scott L. Baena, Esq.
Jay M. Sakalo, Esq.

Bilzin Sumberg Baena Price & Axelrod LLP
2500 Wachovia Financial Center
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131-2336
Facsimile No.: 305-374-7593
E-mail: sbaena@bilzin.com
E-mail: jsakalo@bilzin.com

**Delaware Counsel to the Official**
**Committee of Asbestos Property Damage**
**Claimants**
Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801
Facsimile No.: 302-658-6395
E-mail: syoder@bayardfirm.com

**Outside Counsel to the Official**
**Committee of Asbestos Personal Injury**
**Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614
Facsimile No.: 212-644-6755
E-mail: ei@capdale.com

Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005-5802
Facsimile No.: 202-429-3301
E-mail: pvnl@capdale.com

**Delaware Counsel to the Official**
**Committee of Asbestos Personal Injury**
**Claimants**
Marla R. Eskin, Esq.
Kathleen J. Campbell, Esq.
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801
Facsimile No.: 302-426-9947
E-mail: meskin@camlev.com
E-mail: kcampbell@camlev.com

RLF1-2834220-2

**Legal Representative for Future Claimants**
Dean M. Trafelet
9130 Wild Lane
P. O. Box 518
Baileys Harbor, WI 54202
Facsimile No.: 920-839-9438
E-mail: dtrafelet@dcwis.com

**Outside Counsel to Legal Representative for Future Claimants**
Nicholas J. Cremona, Esq.
Andrew A. Kress, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
Facsimile No.: 212-836-8689
E-mail: ncremona@kayescholer.com
E-mail: mcrames@kayescholer.com

**Delaware Counsel to Legal Representative for Future Claimants**
James L. Patton, Jr., Esq.
Sharon Zieg, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
Facsimile No.: 302-571-1253
E-mail: jpatton@ycst.com
E-mail: szieg@ycst.com

**Special Asbestos Counsel to the Debtors**

Stephen C. Neal
Gordon C. Atkinson
Scott D. Devereaux
Cooley Godward LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155