# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | :  Chapter 11 |
| **USG CORPORATION,** | : |
| a Delaware corporation, et al., | :  Jointly Administered |
| | :  Case No. 01-2094 (JKF) |
| Debtors. | : |
| _____ | : |
| **USG CORPORATION, et al.,** | : |
| Movant | : |
| v. | : |
| | :  Civil Action No. 04-1559 (JFC) |
| **OFFICIAL COMMITTEE OF ASBESTOS** | :  Civil Action No. 04-1560 (JFC) |
| **PERSONAL INJURY CLAIMANTS,** | : |
| **OFFICIAL COMMITTEE OF** | : |
| **UNSECURED CREDITORS, OFFICIAL** | : |
| **COMMITTEE OF ASBESTOS** | : |
| **PROPERTY DAMAGE CLAIMANTS AND** | |
| **LEGAL REPRESENTATIVE FOR** | |
| **FUTURE CLAIMANTS,** | |
| Respondents. | |

**APPENDIX TO DEBTORS' RESPONSE TO THE JOINT STATEMENT OF THE ASBESTOS PERSONAL INJURY CREDITORS COMMITTEE AND THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS REGARDING DISCOVERY IN ADVANCE OF HEARING ON METHODOLOGY FOR ASBESTOS PERSONAL INJURY ESTIMATION**
**VOLUME 1 OF 2**

| | |
|---|---|
| COOLEY GODWARD LLP | RICHARDS, LAYTON, & FINGER, P.A. |
| Stephen C. Neal (CA 170085) | Daniel J. DeFranceschi (DE No. 2732) |
| Scott D. Devereaux (CA 146050) | Paul N. Heath (DE No. 3704) |
| Five Palo Alto Square | One Rodney Square |
| 3000 El Camino Real | P.O. Box 551 |
| Palo Alto, CA 94306 | Wilmington, Delaware 19899 |
| Tel: (650) 843-5000 | Tel: (302) 651-7700 |

JONES DAY
David G. Heiman (OH 0038271)
Brad B. Erens (IL 6206864)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Tel: (216) 586-3939

*Counsel for Debtors*

# INDEX

**Volume 1**

1. *In re G-I Holdings, Inc.*, No. 01-30135(RG), 01-38790(RG), 2005 WL 758193 (Bankr. D.N.J. Feb. 1, 2005)........................USG B 0001 – 0035

2. Armstrong World Industries' Daubert Hearing Brief, filed on September 17, 2002, *In re Armstrong World Industries, Inc., et al.*, No. 00-4471 .........................................................................USG B 0036 - 0074

3. Excerpts from the Transcript Before The Honorable Randall J. Newsome, United States Bankruptcy Court in the District of Delaware, dated September 26, 2002, *In re Armstrong World Industries Inc., et al.*, No. 00-4471 ...........................................USG B 0075 - 0083

4. Excerpts from the Transcript of Agenda Matters Before Honorable Judith K. Fitzgerald, United States Bankruptcy Court in the District of Delaware, dated January 21, 2005, *In re W. R. Grace & Co., et al.*, No. 01-1139....................................USG B 0084 - 0097

5. Debtors' Omnibus Objection to the Zonolite Attic Insulation Proofs of Claim, filed on June 10, 2002, *In re W. R. Grace & Co., et al.*, No. 01-1139...............................................................USG B 0098 - 0104

6. October 21, 2002 Order, *In re W. R. Grace & Co., et al.*, No. 01-1139 .....................................................................................USG B 0105 - 0106

7. November 25, 2002 Amended Order, *In re W. R. Grace & Co., et al.*, No. 01-1139 ..................................................................USG B 0107 - 0108

8. Debtors' Joint Motion for Entry of a Case Management Order(s) Respecting Procedures Governing the Debtors' First Omnibus Objections to Asbestos Related Claims, filed on July 2, 2002, Eastern District of Louisiana, *In re The Babcock & Wilcox Company, et al.*, Civ. No. 00-0558 Bankr. No. 00-10992................................................................................................USG B 0109 - 0123

9. B&W's Report to the Court Regarding Asbestos Developments Generally and the Proofs of Claim Filed Here, filed on October 18, 2001, Eastern District of Louisiana, *In re The Babcock & Wilcox Company, et al.*, Civ. No. 00-0558 Bankr. No. 00-10992............................................................................................... USG B 0124 – 0180

10. Debtors' Motion for a Case Management Order Establishing a Protocol for Litigating Asbestos Personal-Injury Claims, filed on October 18, 2001, Eastern District of Louisiana, *In re The Babcock & Wilcox Company, et al.*, Civ. No. 00-0558 Bankr. No. 00-10992 ........................................................................USG B 0181 - 0203

11. Debtors' Ex Parte Motion for Entry of A Court Order Approving Revised Proof of Claim Forms and Attached Order, filed on February 5, 2001, February 9, 2001, Eastern District of Louisiana, *In re The Babcock & Wilcox Company, et al.*, Civ. No. 00-0558 Bankr. No. 00-10992 ...........................................USG B 0204 - 0228

12. Manual for Complex Litigation (Third) § 21.422......................USG B 0229 – 0232

**Volume 2**

13. Manual for Complex Litigation (Third) § 21.493......................USG B 0233 - 0235

14. Mark Peterson May 7, 1991 Expert Report, *In re Johns-Manville Corporation, et al.*, No. 82 B 11656 – 82 B 11676 ....USG B 0236 - 0256

15. Joseph N. Gitlin, et al., *Comparison of "B" Readers' Interpretation of Chest Radiographs for Asbestos Related Changes*, 11 Academic Radiology 843 (2004)...........................USG B 0257 - 0270

16. R.B. Reger, et al., *Cases of Alleged Asbestos-Related Disease: a Radiologic Re-Evalutaion*, 32 Journal of Occupational Medicine 1088 (1990)................................................................USG B 0271 - 0274

17. Excerpts from Transcript before the Honorable Janis Graham Jack, United States District Court in the Southern District of Texas, dated February 17, 2005, *In re Silica Products Liability Litigation*, No. MDL 03-1553......................................................USG B 0275 - 0281

18. H.B. 1019 Sect. 4 (Fla. 2005) ....................................................USG B 0282 - 0296

19. H.B. 416 Sections 51-14-2(15), 1-14-3 (Ga. 2005) ....................USG B 0297 - 0306

20. Ohio Rev. Code Ann. § 2307.92(B) (2004)...............................USG B 0307 - 0310

21. S.B. 15 Section 90.003 (Tex. 2005)...........................................USG B 0311 - 0330

22. Victor E. Schwartz et al., *Addressing the "Elephantine Mass" of Asbestos Cases: Consolidation Versus Inactive Dockets (Pleural Registries) and Case Management Plans That Defer Claims Filed by the Non-Sick*, 31 Pepp. L. Rev. 271, 291-96 (2003)..........................................................................................USG B 0331 - 0357

23. Mark Behrens & Monica Parham, *Stewardship for the Sick: Preserving Assets for Asbestos Victims Through Inactive Docket Programs*, 33 Tex. Tech. L. Rev. 1, 13-16 (2001) ........USG B 0358 - 0377

24. Miss. Code Ann. § 11-11-3......................................................USG B 0378 - 0379

25. Memorandum of Points and Authorities in Support of Debtors' Motion for Case Management Order for Substantive Estimation Hearings, filed on June 21, 2002, Bankruptcy Court for the District of Delaware, *In re USG Corporation, a Delaware, Corporation, et al.*, Nos. 01-2094 – 01-2104...........USG B 0380 - 0429

951313 v1/SF

3