UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

```
-----------------------------------------------x
In re:                                         :
                                               :   Chapter 11
USG CORPORATION                                :
a Delaware corporation, et al.,                :
                                               :   Jointly Administered
                Debtors.                       :   Case No. 01-2094 (JKF)
-----------------------------------------------x
USG CORPORATION, et al.,                       :
                                               :
                Movant                         :
                                               :
        v.                                     :
                                               :   Civil Action No. 04-1559 (JFC)
OFFICIAL COMMITTEE OF                          :   Civil Action No. 04-1560 (JFC)
ASBESTOS PERSONAL INJURY                       :
CLAIMANTS, et al.,                             :
                Respondents.                   :
                                               :
-----------------------------------------------x
```

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

I, Daniel B. Butz, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of David A. Hickerson (the "Admittee"), of Weil, Gotshal & Manges LLP, 1501 K Street NW, Suite 100, Washington, DC 20005, to represent the Statutory Committee of Equity Security Holders in the above-captioned cases. The Admittee is admitted, practicing and in good standing in the State of Virginia, the District of Columbia, the United States Supreme Court, the United States Court of Appeals for the First, Third, Fourth, Ninth, Tenth, District of Columbia and Federal Circuits, the United States District Courts for the District of Columbia, the Eastern District of Virginia, and the District of Colorado, the United States Tax Court and the United States Court of Federal Claims.

Dated: Wilmington, Delaware
      June 10, 2005                     MORRIS, NICHOLS, ARSHT & TUNNELL

                                                    _____
                                                    Robert J. Dehney (No. 3578)
                                                    Daniel B. Butz (No. 4227)
                                                    1201 North Market Street
                                                    Post Office Box 1347
                                                    Wilmington, Delaware 19899-1347
                                                    Telephone: (302) 658-9200
                                                    Facsimile: (302) 658-3989
                                                          Proposed Counsel to Statutory Committee of Equity Security Holders

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing in the jurisdiction shown in the paragraph above, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: June 9, 2005

                                                David A. Hickerson, Esquire
                                                Weil, Gotshal & Manges LLP
                                                1501 K Street NW, Suite 100
                                                Washington, DC 20005
                                                (202) 682-7105

MOTION GRANTED.

                                                BY THE COURT:

Date: _____              _____
                                                United States District Judge