# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **USG CORPORATION** | : | |
| a Delaware corporation, et al., | : | |
| | : | **Jointly Administered** |
| Debtors. | : | **Case No. 01-2094 (JKF)** |
| | | |
| **USG CORPORATION, et al.,** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | **Civil Action No. 04-1559 (JFC)** |
| | : | |
| **OFFICIAL COMMITTEE OF** | : | |
| **ASBESTOS PERSONAL INJURY** | : | |
| **CLAIMANTS, et al.,** | : | |
| | : | |
| Respondents. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a copy of the **MOTION AND ORDER FOR ADMISSION PRO HAC VICE (D.I. 15)** of David A. Hickerson was caused to be served on June 13, 2005, in the manner indicated, upon the entities identified on the attached service list.

Dated: June 13, 2005

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Daniel B. Butz*
Robert J. Dehney (No. 3578)
Daniel B. Butz (No. 4227)
1201 North Market Street
Post Office Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

Proposed Counsel to Statutory Committee of
Equity Security Holders

469709