# SERVICE LIST

**VIA HAND-DELIVERY**

Brett D. Fallon, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue
10th Floor
Wilmington, DE  19801

Christopher D. Loizides, Esquire
Loizides & Associates
1225 King Street
Suite 800
Wilmington, DE  19801

Christopher A. Ward, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

Aileen F. Maguire, Esquire
Marla Rosoff Eskin, Esquire
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE  19801

James L. Patton, Jr., Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Frank J. Perch, III, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Bldg.
844 King Street, Rm 2313
Lockbox 35
Wilmington, DE  19801-3519

Steven T. Davis, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
3 Mill Road, Suite 306-A
Wilmington, DE  19806

Daniel J. DeFranceschi, Esquire
Paul N. Heath, Esquire
Richards Layton & Finger P.A.
P. O. Box 551
One Rodney Square
Wilmington, DE  19899-0551

Michael R. Lastowski, Esquire
Duane Morris LLP
P. O. Box 195
1100 North Market Street
Suite 1200
Wilmington, DE  19899-1246

469713