**CERTIFICATE OF SERVICE**

        I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was caused to be made on June 15, 2005 upon the individuals identified on the attached service list.

Date:  June 15, 2005

                                                  */s/ Daniel B. Butz*
                                                  Daniel B. Butz (#4227)

470113