UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| USG CORP. and UNITED STATES GYPSUM COMPANY,<br><br>                    Plaintiffs,<br>v.<br><br>THE CENTER FOR CLAIMS RESOLUTION, INC., et al.,<br><br>                    Defendants. | Civil Action No. 04-1559<br>Civil Action No. 04-1560<br><br>Adv. Pro. No. 01-08932<br>(Bk. Case No. 01-2094 et al.)<br>(USG Corp.) |

**ORDER REFERRING ADVERSARY PROCEEDING
BACK TO THE DELAWARE BANKRUPTCY COURT**

     This matter coming before the Court on the Motion to Refer Adversary Proceeding Back to the Bankruptcy Court (the "Motion") filed by the Plaintiffs USG Corporation and United States Gypsum Company (the "Plaintiffs" or the "Debtors"); the Court having reviewed the Motion and having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) notice of the Motion and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

     IT IS HEREBY ORDERED THAT:[1]

The Motion is GRANTED in its entirety.

---

[1]    Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

Pursuant to 28 U.S.C. § 157(a), the entire Adversary Proceeding is referred to the

Bankruptcy Court, the Honorable Judith K. Fitzgerald presiding.

Dated: July 1, 2005               /s/Joy Flowers Conti
                                              Hon. Joy Flowers Conti
                                              UNITED STATES DISTRICT JUDGE