UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
USG CORPORATION                                 :
a Delaware corporation, et al.,                 :
                                                :   Jointly Administered
            Debtors.                            :   Case No. 01-2094 (JKF)
---------------------------------------------------x
USG CORPORATION, et al.,                        :
                                                :
            Movant                              :
    v.                                          :
                                                :   Civil Action No. 04-1559 (JFC)
OFFICIAL COMMITTEE OF                           :   Civil Action No. 04-1560 (JFC)
ASBESTOS PERSONAL INJURY                        :
CLAIMANTS, et al.,                              :
                                                :
            Respondents.                        :
---------------------------------------------------x

## NOTICE OF SERVICE

     PLEASE TAKE NOTICE that on July 14, 2005, copies of the **Statutory Committee Of Equity Security Holders' Disclosures Pursuant To Court's June 13, 2005 Order** were served in the manner indicated upon the parties identified on the attached service lists in accordance with the Modified Revised Order Establishing Case Management And Scheduling Procedures And Superceding Five Prior Orders Related Thereto (D.I. 8796).

Dated: Wilmington, Delaware
      July 14, 2005

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
Robert J. Dehney (No. 3578)
Daniel B. Butz (No. 4227)
Curtis S. Miller (No. 6258)
1201 North Market Street
Post Office Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

-and-

**WEIL, GOTSHAL & MANGES LLP**

Martin J. Bienenstock
Judy G.Z. Liu
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

-and-

David A. Hickerson
Peter M. Friedman
M. Jarrad Wright
1501 K Street, N.W., Suite 100
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

-and-

Ralph I. Miller
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 756-7700
Facsimile: (214) 746-7777

Counsel for the Statutory
Committee of Equity Security Holders