IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| USG CORPORATION, | ) | |
| a Delaware Corporation, et al., | ) | Case No. 01-02094 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF SERVICE

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that service of the **Joinder of the Official Committee of Unsecured Creditors in the Debtors' Initial Disclosures Re: Personal Injury Claim Estimation** was made on July 14, 2005 upon the parties on the attached list by E-Mail, First Class Mail, and Hand Delivery to local parties.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 14, 2005

Michael R. Lastowski (DE ID 3892)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302)-657-4900
Facsimile: (302)-657-4901

WLM\209796.1

## USG Special Service List

Office of the United States Trustee
David Klauder, Esq.
Office of the United States Trustee
844 King Street
Room #2311 - U.S. Courthouse
Wilmington, DE 19801

Outside Counsel to the Official
Committee of Asbestos Property
Damage Claimants
Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
Bilzin Sumberg Baena Price &
Axelrod LLP
2500 First Union Financial Center
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131-2336

Outside Counsel to the Official
Committee of Unsecured Creditors
Denise Wildes, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Outside Counsel to the Official
Committee of Asbestos Personal
Injury Claimants
Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614

Delaware Counsel to the Official
Committee of Asbestos Personal
Injury Claimants
Marla R. Eskin, Esq.
Kathleen J. Campbell, Esq.
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

Delaware Counsel to the Debtors
Daniel J. DeFranceschi, Esq.
Paul N. Heath, Esq.
Richard, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Outside Counsel to the Debtors
Brad B. Erens, Esq.
Ilana N. Glazer, Esq.
Jones Day
77 W. Wacker Drive
Chicago, IL 60601

Delaware Counsel to the Official
Committee of Asbestos Property
Damage Claimants
Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Outside Counsel to the Official
Committee of Asbestos Personal Injury
Claimants
Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005-5802

Legal Representative for Future
Claimants
Dean M. Trafelet
9130 Wild Lane
P. O. Box 518
Baileys Harbor, WI 54202

WLM\209531.1

<u>Delaware Counsel to Legal Representative for Future Claimants</u>
James L. Patton, Jr., Esq.
Sharon Zieg, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

<u>Delaware Counsel to the Statutory Committee of Equity Security Holders</u>
Robert J. Dehney, Esq.
Daniel B. Butz, Esq.
Curtis S. Miller, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

<u>Outside Counsel to Legal Representative for Future Claimants</u>
Nicholas J. Cremona, Esq.
Andrew A. Kress, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

<u>Counsel to the Statutory Committee of Equity Security Holders</u>
Martin Bienenstock, Esq.
Judy G.Z. Liu, Esq.
Weil Gotshall & Manges
767 Fifth Avenue
New York, NY 10153