IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| USG CORPORATION, | ) | Case No. 01-2094 (JKF) |
| a Delaware corporation, et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| USG CORPORATION, et al., | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 04-1559 (JFC) |
| OFFICAL COMMITTEE OF | ) | Civil Action No. 04-1560 (JFC) |
| ASBESTOS PERSONAL INJURY | ) | |
| CLAIMANTS, OFFICIAL | ) | |
| COMMITTEE OF UNSECURED | ) | |
| CREDITORS, OFFICIAL | ) | |
| COMMITTEE OF ASBESTOS | ) | |
| PROPERTY DAMAGE CLAIMANTS | ) | |
| AND LEGAL REPRESENTATIVE | ) | |
| FOR FUTURE CLAIMANTS, | ) | |
| | ) | |
| Respondents. | ) | |

**ACC'S AND FCR'S PROPOSED LIST OF WITNESSES TO BE CALLED AT THE ESTIMATION HEARING IN THEIR CASE-IN-CHIEF PURSUANT TO FED. R.CIV.P.26(a)(1)(A) AND THE COURT'S DIRECTIVES AT THE JUNE 13 HEARING**

Pursuant to Fed R. Civ. P. 26(a)(1)(A), and the Court's directives at the June 13, 2005 hearing regarding the estimation of the number and amount of USG's liabilities for present and future personal injury asbestos claims, the Official Committee of Asbestos Claimants (the "ACC") and Dean M. Trafalet as the legal representative for USG's future asbestos personal injury claimants (the "FCR") submit the following proposed list of witnesses to be called at the estimation hearing in their case-in-chief. These disclosures are based on information reasonably available to the ACC and the FCR and the ACC and the FCR reserve their right to supplement

and/or amend this list as additional information becomes available to them. The ACC and the FCR further reserve the right to designate the witnesses listed below and/or additional witnesses to rebut the testimony of any witness offered by any of the other parties to the estimation hearing.

| **WITNESS** | **SUBJECT MATTER OF PROPOSED TESTIMONY** |
|---|---|
| ACC Estimation Expert | Testimony including, but not limited to, estimation of the number and value of pending and future asbestos personal injury claims against USG. |
| FCR Estimation Expert | Testimony, including, but not limited to, estimation of the number and value of pending and future asbestos personal injury claims against USG. |
| ACC Financial Expert | If the discount rate for future asbestos liabilities is at issue, testimony including, but not limited to, the discount rate to be used to calculate the present value of USG's personal injury asbestos liability as of the Petition Date and if at issue, USG's public filing reserves for its asbestos liability. |
| FCR Financial Expert | If the discount rate for future asbestos liabilities is at issue, testimony including, but not limited to, the discount rate to be used to calculate the present value of USG's personal injury asbestos liability as of the Petition Date. |
| Medical Expert | Testimony including, but not limited to, standards for diagnosis of asbestos-related diseases and the effects of those diseases; significant asbestos-related diseases can be present in patients even where standard lung function tests or x-rays appear to be normal; that lung cancer can be caused by asbestos exposure even without a diagnosis of asbestosis and that asbestos exposure can cause other cancers. |
| Other Medical Experts | Testimony including, but not limited to, the propensity of exposure to pure chrysotile to cause mesothelioma or other asbestos-related diseases. |
| Fiber Composition Expert | Testimony including, but not limited to, issues relating to whether there are any USG asbestos-containing products which consist of "pure"chrysotile. |

| | |
|---|---|
| Presently Unknown Former or Current USG Employees | Testimony including, but not limited to, the manufacture, sales and distribution of asbestos-containing products by USG. |
| Presently Unknown Former or Current Employees of USG and/or outside counsel to USG with responsibility for the asbestos litigation defense of USG | Testimony including, but not limited to, the supervision and conduct of the asbestos litigation defense of USG, the litigation and settlement strategies of USG, defenses raised by USG to defend itself in asbestos litigation and USG's decision to join the CCR. |
| Former Employees of and/or Counsel to the CCR | Testimony including, but not limited to, the operation the CCR and USG's participation in the CCR, litigation and/or settlement strategies in the conduct of the defense of asbestos litigation against USG and other CCR members. |
| Former Construction Worker or Taper | Testimony including, but not limited to, the uses and application of USG's asbestos-containing products. |
| Plaintiffs' Lawyer | Testimony, including but not limited to, litigation and trial of cases against USG in the tort system. |

[Remainder of page left intentionally blank]

Dated: July 14, 2005

        CAPLIN & DRYSDALE, CHARTERED
        Elihu Inselbuch
        399 Park Avenue
        New York, NY 10022-4614

        CAPLIN & DRYSDALE, CHARTERED
        Nathan D. Finch
        Walter B. Slocombe
        One Thomas Circle, N.W.
        Washington, D.C. 20005
        Telephone: (202) 862-5000

        CAMPBELL & LEVINE, LLC
        Marla R. Eskin
        Kathleen Campbell
        800 North King Street, Suite 300
        Wilmington, DE 19801
        Telephone: (302) 426-1900

        By: _____

        Counsel to the Official Committee of Asbestos
        Personal Injury Claimants


        KAYE SCHOLER LLP
        Jane W. Parver
        Andrew A. Kress
        Michael Lynn
        425 Park Avenue
        New York, NY 10022-3598
        Telephone: (212) 836-8000
        Facsimile: (212) 836-8689

        YOUNG CONAWAY STARGATT &
        TAYLOR, LLP
        James L. Patton, Jr.
        Sean Greecher
        1000 West Street, 17th Floor
        Wilmington, DE 19899-0391
        Telephone: (302) 571-6600

Facsimile: (302) 571-1253

By: _____

Counsel to Dean M. Trafelet, Future Representative