IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>USG CORPORATION<br>A Delaware Corporation, et al.<br><br><br>Debtors. | Case Nos. 01-2094 (JKF)<br><br>Jointly Administered<br><br><br>Chapter 11 |
| USG CORPORATION, et al.<br><br><br><br>Movant,<br>v.<br>OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, et al.<br><br><br>Respondents. | <br><br><br><br>CIVIL ACTION NO. 04-CV-1559 (JFC)<br>CIVIL ACTION NO. 04-CV-1560 (JFC) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 14, 2005, the Official Committee of Asbestos Property Damage Claimants' (the "PD Committee"), by and through undersigned counsel, served copies of the **The Official Committee of Asbestos Property Damage Claimants' Initial Disclosures: Re Personal Injury Estimation** to be served on the attached list via E-mail notification and First Class U.S. mail in accordance with the Modified Revised Order Establishing Case Management and Scheduling Procedures and Superceding Five Prior Orders Related Thereto (D.I. 8796).

| | |
|---|---|
| Dated: July 14, 2005 | BILZIN SUMBERG BAENA PRICE<br>& AXELROD LLP<br>Scott L. Baena, Esquire<br>Jay M. Sakalo., Esquire<br>200 South Biscayne Boulevard<br>Suite 2500<br>Miami, FL 33131-2336<br>Telephone (305) 374-7580 |

-and-

594582v1

THE BAYARD FIRM

_____
Steven M. Yoder, Esq. (No. 3885)
Christopher A. Ward, Esq. (No. 3877)
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
Telephone (302) 655-5000

Co-Counsel for the Official Committee of
Asbestos Property Damage Claimants

# USG Corporation

| | |
|---|---|
| Brad Erens, Esquire<br>Ilana N. Glazer, Esquire<br>Jones, Day<br>77 West Wacker Drive, Suite 3500<br>Chicago IL 60601-1692<br>*Representing Debtors* | Daniel J. DeFranceschi, Esquire<br>Paul N. Heath, Esquire<br>Richards Layton & Finger<br>One Rodney Square<br>P.O Box 551<br>Wilmington DE 19899<br>*Local Counsel for Debtor* |
| David Klauder, Esquire<br>Office of the United States Trustee<br>844 King Street, Room 2311<br>Wilmington DE 19801 | Denise K. Wildes, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York NY 10038-4982<br>*Official Committee of Unsecured Creditors* |
| Scott Baena, Esquire<br>Jay M. Sakalo, Esquire<br>Bilzin Sumberg Dunn Baena Price & Axelrod, LLP<br>2500 First Union Financial Center<br>200 South Biscayne Blvd.<br>Miami FL 33131-2336<br>*Representing Committe Counsel* | Eric D Schwartz, Esq.<br>Derek C. Abbott, Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington DE 19899 |
| Marla R. Eskin, Esquire<br>Kathleen J. Campbell<br>Campbell & Levine, LLC<br>800 King Street<br>Suite 300<br>Wilmington DE 19801<br>*Counsel for Committee of Personal Injury Claimants* | Dean M. Trafelet, Esquire<br>P.O. Box 518<br>9130 Wild Lane<br>Baileys Harbor WI 54202<br>*Legal Representative for Future Claimants* |
| Peter Van N. Lockwood, Esquire<br>Caplin & Drysdale<br>One Thomas Circle, N.W.<br>Washington DC 20005-5802<br>*Counsel for Official Committee of Personal Injury Claimants* | Nicholas J. Cremona, Esquire<br>Andrew A. Kress, Esquire<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York NY 10022<br>*Outside Counsel to Legal Representative for Future Claimants* |

**USG Corporation**

James L. Patton, Jr., Esquire
Sharon Zieg, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
P.O. Box 391
1000 West Street, 17th Floor
Wilmington   DE   19899-0391

*Delaware Counsel to Legal Respresentative for Future Claimants*


Martin Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil Gotshall & Manges
767 Fifth Avenue
New York   NY   10153

*Counsel to the Statutory Committee of Equity Security Holders*