**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | : | **Chapter 11** |
| In re: | : | **Case No. 01-2094 (JKF)** |
| | : | **Jointly Administered** |
| **USG CORPORATION,** *et al.,* | : | |
| | : | |
| **Debtors.** | : | |
| | : | |
| | : | |
| **USG CORPORATION,** *et al.,* | : | |
| | : | |
| **Movant,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **OFFICIAL COMMITTEE OF ASBESTOS** | : | **Civil Action No. 04-1559 (JFC)** |
| **PERSONAL INJURY CLAIMANTS,** | : | **Civil Action No. 04-1560 (JFC)** |
| **OFFICIAL COMMITTEE OF** | : | |
| **UNSECURED CREDITORS, OFFICIAL** | : | |
| **COMMITTEE OF ASBESTOS PROPERTY** | : | |
| **DAMAGE CLAIMANTS AND LEGAL** | : | |
| **REPRESENTATIVE FOR FUTURE** | : | |
| **CLAIMANTS,** | : | |
| | : | |
| **Respondents.** | : | |
| | : | |

**NOTICE OF SERVICE REGARDING ASBESTOS CLAIMANTS' COMMITTEE'S AND
THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS' JOINT FIRST SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO THE DEBTORS**

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on August 9,

2005, Adam VanGrack of Caplin & Drysdale, Chartered caused a copy of the *Asbestos*

*Claimants' Committee's and the Legal Representative for Future Claimants' Joint First Set of*

*Requests for Production of Documents Directed to the Debtors* to be served upon the individuals

below in the manner indicated:

**VIA ELECTRONIC MAIL**:

Scott Devereaux, Esquire
devereauxsd@cooley.com

Walter B. Slocombe, Esquire
wbs@capdale.com

Brad Erens, Esquire
bberens@jonesday.com

Andrew Kress, Esquire
akress@kayescholer.com

Dean Trafelet, Esquire
dtrafelet@dcwis.com

Michael Lynn, Esquire
mlynn@kayescholer.com

Denise K. Wildes, Esquire
dwildes@stroock.com

Scott Baena, Esquire
sbaena@bilzin.com

Kenneth Pasquale, Esquire
kpasquale@stroock.com

Jay Sakalo, Esquire
jsakalo@bilzin.com

Lewis Kruger, Esquire
lkruger@stroock.com

Allyn Danzeisen, Esquire
adanzeisen@bilzin.com

Jane Parver, Esquire
jparver@kayescholer.com

Matthew Kramer, Esquire
mkramer@bilzin.com

Efrem Schwalb, Esquire
eschwalb@kayescholer.com

Ralph Miller, Esquire
Ralph.miller@weil.com

Maris Veidemanis, Esquire
mveidemanis@kayescholer.com

Judy Liu, Esquire
Judy.liu@weil.com

Peter Friedman, Esquire
peter.m.friedman@weil.com

David Hickerson, Esquire
David.hickerson@weil.com

Edmund Emrich, Esquire
eemrich@kayescholer.com

Jarred Wright, Esquire
Jarred.wright@weil.com

Nathan D. Finch, Esquire
ndf@capdale.com

Joseph Strauss, Esquire
jstrauss@stroock.com

Daniel Graham, Esquire
dkg@capdale.com

Elihu Inselbuch, Esquire
ei@capdale.com

Jeffrey Liesemer, Esquire
JAL@Capdale.com

Marla Rosoff Eskin, Esquire
meskin@camlev.com

Peter Van N. Lockwood, Esquire
pvnl@capdale.com

Kimberly Brown, Esquire
knb@capdale.com

In addition, on August 10, 2005, I, Marla Rosoff Eskin, caused a copy of the above referenced document to be served upon the following individual via First Class Mail:

> Scott D. Devereaux
> Cooley Godward LLP
> Five Palo Alto Square
> 3000 El Camino Real
> Palo Alto, CA 94306-2155

Dated: August 10, 2005                     CAMPBELL & LEVINE, LLC

/S/ Marla Rosoff Eskin
Marla Rosoff Eskin (No. 2989)
800 N. King Street, Suite 300
Wilmington, DE 19801
Ph. (302) 426-1900
Fax. (302) 426-9947

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue
New York, NY 10022–4614
Tel: (212) 319–7125
Fax: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Walter B. Slocombe
Kimberly N. Brown
One Thomas Circle, N.W.
Washington, D.C. 20005
Tel: (202) 862–5000
Fax: (202) 429-3301

Counsel to the Official Committee of Asbestos
Personal Injury Claimants

{D0047437:1 }