IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 01-2094 (JKF) |
| | : | Jointly Administered |
| USG CORPORATION, *et al.*, | : | |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |
| USG CORPORATION, *et al.*, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| OFFICIAL COMMITTEE OF ASBESTOS | : | Civil Action No. 04-1559 (JFC) |
| PERSONAL INJURY CLAIMANTS, | : | Civil Action No. 04-1560 (JFC) |
| OFFICIAL COMMITTEE OF | : | |
| UNSECURED CREDITORS, OFFICIAL | : | |
| COMMITTEE OF ASBESTOS PROPERTY | : | |
| DAMAGE CLAIMANTS AND LEGAL | : | |
| REPRESENTATIVE FOR FUTURE | : | |
| CLAIMANTS, | : | |
| | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on August 9, 2005, Adam VanGrack of Caplin & Drysdale, Chartered caused a copy of the *Asbestos Claimants' Committee's and the Legal Representative for Future Claimants' Joint First Set of Requests for Production of Documents Directed to the Debtors* to be served upon the individuals below in the manner indicated:

{D0047437:1 }

**VIA ELECTRONIC MAIL**:

Scott Devereaux, Esquire
devereauxsd@cooley.com

Brad Erens, Esquire
bberens@jonesday.com

Dean Trafelet, Esquire
dtrafelet@dcwis.com

Denise K. Wildes, Esquire
dwildes@stroock.com

Kenneth Pasquale, Esquire
kpasquale@stroock.com

Lewis Kruger, Esquire
lkruger@stroock.com

Jane Parver, Esquire
jparver@kayescholer.com

Efrem Schwalb, Esquire
eschwalb@kayescholer.com

Maris Veidemanis, Esquire
mvedidemanis@kayescholer.com

Peter Friedman, Esquire
peter.m.friedman@weil.com

Edmund Emrich, Esquire
eemrich@kayescholer.com

Nathan D. Finch, Esquire
ndf@capdale.com

Daniel Graham, Esquire
dkg@capdale.com

Jeffrey Liesemer, Esquire
JAL@Capdale.com

Peter Van N. Lockwood, Esquire
pvnl@capdale.com

Walter B. Slocombe, Esquire
wbs@capdale.com

Andrew Kress, Esquire
akress@kayescholer.com

Michael Lynn, Esquire
mlynn@kayescholer.com

Scott Baena, Esquire
sbaena@bilzin.com

Jay Sakalo, Esquire
jsakalo@bilzin.com

Allyn Danzeisen, Esquire
adanzeisen@bilzin.com

Matthew Kramer, Esquire
mkramer@bilzin.com

Ralph Miller, Esquire
Ralph.miller@weil.com

Judy Liu, Esquire
Judy.liu@weil.com

David Hickerson, Esquire
David.hickerson@weil.com

Jarred Wright, Esquire
Jarred.wright@weil.com

Joseph Strauss, Esquire
jstrauss@stroock.com

Elihu Inselbuch, Esquire
ei@capdale.com

Marla Rosoff Eskin, Esquire
meskin@camlev.com

Kimberly Brown, Esquire
knb@capdale.com

{D0047449:1 }

In addition, on August 10, 2005, I, Marla Rosoff Eskin, caused a copy of the above referenced document to be served upon the following individual via First Class Mail:

>Scott D. Devereaux
>Cooley Godward LLP
>Five Palo Alto Square
>3000 El Camino Real
>Palo Alto, CA 94306-2155

Dated: August 10, 2005　　　　　　　　　CAMPBELL & LEVINE, LLC

>/S/ Marla Rosoff Eskin
>Marla Rosoff Eskin (No. 2989)
>800 N. King Street, Suite 300
>Wilmington, DE 19801
>Ph. (302) 426-1900
>Fax. (302) 426-9947

{D0047449:1 }