# EXHIBIT 1

Case 1:04-cv-01559-JFC   Document 29-2   Filed 08/12/2005   Page 1 of 2

## IN RE USG CORPORATION, ET AL.

### DEBTORS' PROPOSED DISCOVERY SCHEDULE

| Date | Event |
|---|---|
| 9/30/2005 | Last date for service of request for production of documents to parties and subpoenas to third parties |
| 10/31/2005 | Last date for party and third party production of documents |
| 11/4/2005 | Service of claimant questionnaire |
| 12/9/2005 | Responses to claimant questionnaire due |
| 1/6/2006 | RUST to distribute database results of questionnaire |
| 1/13/2006 | Last day for service of written interrogatories and requests for admissions |
| 1/13/2006 | Last day to notice fact depositions |
| **2/15/2006** | **Fact Discovery Closes** |
| 2/24/2006 | Expert reports regarding case-in-chief due |
| 3/24/2006 | Completion of case-in-chief expert depositions |
| 4/3/2006 | Rebuttal expert reports due |
| 4/28/2006 | Completion of rebuttal expert depositions |
| **4/28/2006** | **Close of Expert Discovery** |