**CERTIFICATE OF SERVICE**

        I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was caused to be made on September 1, 2005, in the manner indicated, upon the individuals identified on the attached service list.

Date: September 1, 2005

                                                            */s/ Daniel B. Butz*
                                                            Daniel B. Butz (#4227)