IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>USG CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 01-2094 (JKF)<br>Jointly Administered |
| USG CORPORATION, *et al.*,<br><br>Movant, v.<br><br>OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS AND LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS,<br><br>Respondents. | Civil Action No. 04-1559 (JFC)<br>Civil Action No. 04-1560 (JFC) |

NOTICE OF SERVICE

I, Paul N. Heath of Richards, Layton, & Finger, P.A., hereby certify that on September 12, 2005, Tylene Leslie of Cooley Godward LLP caused a copy of the *Debtors' Responses to the Asbestos Claimants' Committee's and The Legal Representative for Future Claimants' Joint First Set of Requests for Production of Documents* to be served upon the individuals below in the manner indicated:

964450 v1/SF
RLF1-2921589-1

VIA ELECTRONIC MAIL:

Brad Erens, Esquire
bberens@jonesday.com

Dean Trafelet, Esquire
dtrafelet@dewis.com

Kenneth Pasquale, Esquire
kpasquale@stroock.com

Jane Parver, Esquire
jparver@kayescholer.com

Efrem Schwalb, Esquire
eschwalb@kayescholer.com

Maris Veidemanis, Esquire
mvedidemanis@kayescholer.com

Peter Friedman, Esquire
peter.m.friedman@weil.com

Nathan D. Finch, Esquire
ndf@capdale.com

Daniel Graham, Esquire
dkg@capdale.com

Jeffrey Liesemer, Esquire
JAL@capdale.com

Peter Van N. Lockwood, Esquire
pvnl@capdale.com

Sharon Zieg
szieg@ycst.com

James Patton, Jr.,
jpatton@ycst.com

Sean Greecher
sgreecher@ycst.com

Daniel Butz
dbutz@mnat.com

Walter B. Slocombe, Esquire
wbs@capdale.com

Andrew Kress, Esquire
akress@kayescholer.com

Michael Lynn, Esquire
mlynn@kayescholer.com

Scott Baena, Esquire
sbaena@bilzin.com

Jay Sakalo, Esquire
jsakalo@bilzin.com

Allyn Danzeisen, Esquire
adanzeisen@bilzin.com

Matthew Kramer, Esquire
mkramer@bilzin.com

Ralph Miller, Esquire
Ralph.miller@weil.com

Judy Liu, Esquire
Judy.liu@weil.com

David Hickerson, Esquire
David.hickerson@weil.com

Jarred Wright, Esquire
Jarred.wright@weil.com

Joseph Strauss, Esquire
jstrauss@stroock.com

Elihu Inselbuch, Esquire
ei@capdale.com

Marla Rosoff Eskin, Esquire
meskin@camlev.com

Kimberly Brown, Esquire
knb@capdale.com

In addition, on September 12, 2005, Tylene Leslie caused a copy of the above referenced document to be served upon the following individual(s) via Federal Express:

Walter Slocombe, Esq.
Nate Finch, Esq.
Caplin & Drysdale, Chartered
399 Park Ave.
New York, NY 10022-4614

Scott L. Baena, Esq.
Jay Sakalo, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 S. Biscayne Blvd.
Miami, FL 33131-2336

David Hickerson, Esq.
Peter Friedman, Esq.
Weil Gotshal and Manges
1300 Eye Street NW, Suite 900
Washington, D.C. 20005

Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

Jane Parver, Esq.
Andrew A. Kress, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Attached as Exhibit A is a true and correct copy of the Certificate of Service, signed by Tylene Leslie, that accompanied the *Debtors' Responses to the Asbestos Claimants' Committee's and The Legal Representative for Future Claimants' Joint First Set of Requests for Production of Documents*

Dated: September 14, 2005

/s/ Paul N. Heath
Daniel J. DeFranceschi (DE No. 2732)
Paul N. Heath (DE No. 3704)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Tel: (302) 651-7700
Fax: (302) 651-7701
E-mail: heath@rlf.com

*Counsel to USG Corporation, et al.*

964450 v1/SF
RLF1-2921589-1