# EXHIBIT 1

*DUE [Insert Date]*

# USG CORPORATION ASBESTOS
# PERSONAL INJURY QUESTIONNAIRE

**United States Bankruptcy Court for the District of Delaware**
*In re USG Corporation, et al.. Case No. 01-2094 (JKF) (Jointly Administered)*

Carefully read the Instructions included with this QUESTIONNAIRE before completing. In order to have your claim estimated, complete ALL applicable questions. If delivered by U.S. mail, address to _____. If delivered by any method other than U.S. mail, address to _____.

*IN ORDER TO BE VALID, THE QUESTIONNAIRE MUST BE SIGNED BY THE CLAIMANT OR THE CLAIMANT'S AUTHORIZED AGENT OR THE CLAIMANT'S ATTORNEY.*

*Please print clearly and use blue or black ink.*

### PART 1: IDENTIFYING INFORMATION (see instructions)

**A.** Do you claim the injured party's asbestos exposure is attributable to the following entity?
USG (as defined in the instructions).  ☐ Yes  ☐ No

**B.** Injured Party

First Name _____ MI ___ Last Name _____ Jr/Sr/III

The injured party is: ☐ Living  ☐ Deceased, date of death ___/___/___ (Month/Day/Year)

_____
*If injured party is deceased (or incapacitated), name of trust, estate, personal representative or other party submitting claim (not filing attorney listed in 1.C below).*

_____
Street Address *(of injured party, if living, if not, provide the address of the trust, estate, personal representative or other party submitting claim).*

City _____ State/Prov. _____ Zip Code (Postal Code) _____

Country (if other than U.S.A.) _____ Social Security Number of Injured Party ___-___-____

Injured Party's Gender: ☐ Male ☐ Female

Injured Party's Birth Date *(Month/Day/Year)* _____ International ID Number of Injured Party *(if applicable)* _____

**C.** Injured Party's Attorney *(if any)*

Law Firm Name _____

Attorney First Name _____ MI ___ Last Name _____

Street Address _____

City _____ State/Prov. _____ Zip Code (Postal Code) _____

Page 1

| PART 2: MEDICAL INFORMATION (see instructions) |
|---|

**A. Non-Malignant Pleural Condition(s)**
1. Has the injured party been diagnosed with any pleural condition that you claim was caused by exposure to asbestos? ☐ Yes ☐ No
   If "Yes," please continue below. If "No," go on to Section B.

2. What pleural condition? ☐ Pleural Plaques ☐ Pleural Thickening
   ☐ Other Pleural Injury, specify: _____

3. Year of First Diagnosis: _____

**B. Asbestosis**
1. Has the injured party been diagnosed with asbestosis? ☐ Yes ☐ No   If "Yes," Year of Diagnosis: _____

**C. Diagnostic Information**
1. Do you have Pulmonary Function Test results? ☐ Yes ☐ No

2. If you answered "Yes" to Question 2.C. above, please provide the injured party's most recent lung function test scores.

☐ Forced Vital Capacity (FVC):   Date (month/year) ____   Actual Value __.__ L   % of Predicted ___.__ %

☐ Forced Expiratory Volume 1 ($FEV_1$):   Date (month/year) ____   Actual Value __.__ L   % of Predicted ___.__ %

☐ Diffusion Capacity (DLCO or $D_{co}$):   Date (month/year) ____   Actual Value __.__ L   % of Predicted ___.__ %

☐ Total Lung Capacity (TLC):   Date (month/year) ____   Actual Value __.__ L   % of Predicted ___.__ %

☐ Lung Function tests are unavailable

3. ILO Rating: If one exists, provide the injured party's most recent ILO x-ray reading.   Date (month/year) ____   Results ___ / ___

**D. Cancer (Including malignant mesothelioma)**
1. Has the injured party been diagnosed with any cancer that you claim was caused by exposure to asbestos? ☐ Yes ☐ No
   If "Yes," please continue below. If "No," go on to Section D.

2. Which of the following cancers is claimed to have been caused by asbestos exposure?

   Year of Diagnosis
   ☐ LUNG CANCER   _____
   ☐ MESOTHELIOMA   _____
   ☐ OTHER CANCER: specify type   _____

Page 2

| PART 3: EXPOSURE HISTORY (see instructions) |
|---|
| A.  Was the injured party exposed to asbestos from any USG product(s)?    ☐ Yes   ☐ No |
| B.  If you answered "Yes" to Question 3.A. above, please identify the names of the products.  (Name as many products as apply.). <br> _____  _____  _____ <br> _____  _____  _____ <br> _____  _____  _____ |
| C.  Please indicate: <br> 1. The injured party's *total number of years* of asbestos exposure: <br> 2. The year of the injured party's *first exposure* to asbestos: <br> 3. The year of the injured party's *last exposure* to asbestos: |
| D.  Please indicate occupations at time of exposure. (Use codes and list as many as apply.)  ____ ____ ____ ____ ____ ____ |
| **Part 4: SIGNATURE OF CLAIMANT OR AUTHORIZED AGENT** |
| *To the best of my knowledge, the information contained in this QUESTIONNAIRE is true and complete* <br> _____  ➤  _____    __/__/____  <br> *Signature of Claimant, Claimant's Attorney,*      Please Print the Name of the   Month  Day  Year <br> *Authorized Agent*                Signatory |

Page 3

# INSTRUCTIONS FOR FILING THE USG CORPORATION ASBESTOS PERSONAL INJURY QUESTIONNAIRE

- The Debtors in this case include USG Corporation, United States Gypsum, and any of those companies listed on Appendix A attached to this Questionnaire (referred to in this document, whether singularly or collectively, as "USG" or "Debtors").

- If you have a current claim against USG for asbestos-related personal injury, THIS ASBESTOS PERSONAL INJURY QUESTIONNAIRE MUST BE <u>RECEIVED</u> ON OR BEFORE **[insert date]**, or your rights may be affected.

## WHO SHOULD USE THIS ASBESTOS PERSONAL INJURY QUESTIONNAIRE

- This Asbestos Personal Injury Questionnaire (referred to in this document as the "Questionnaire") applies only to persons who have sued USG (before USG filed for bankruptcy on April 2, 2001) for asbestos-related personal injury or wrongful death claims and that claim was not fully resolved (such person is referred to in this document as an "injured party"), and who have been selected by the Debtor to be a recipient of the Questionnaire by a sampling process.

- If you have such a claim, you must complete and submit this Questionnaire by **[insert date]**.

## GENERAL INSTRUCTIONS

- The injured party must submit a fully completed Questionnaire.

- If the injured party has more information than fits in the space provided on any part of this Questionnaire, please make additional copies of the applicable pages before writing on them.

- Please <u>print</u> <u>clearly</u> and use <u>black</u> or <u>blue</u> ink.

- Be <u>accurate</u> and <u>truthful.</u> The Questionnaire is an official document, approved by the Court. The Questionnaire may be used as evidence in any legal proceedings regarding your claim.

- Make a copy of your Questionnaire and keep a copy for your records. <u>Send</u> only the <u>original</u> Questionnaire to the <u>Claims Agent</u> at the following addresses: If delivered by U.S. mail, address to **[insert address]**. If delivered by any method other than U.S. Mail, address to **[insert address]**.

## INSTRUCTIONS FOR FILLING OUT THE QUESTIONNAIRE

### PART 1: IDENTIFYING INFORMATION

- A person with any alleged asbestos-related physical injury, death, or condition is referred to as the "injured party."

- If the injured party is deceased or incapacitated, other persons or entities may submit a Questionnaire on behalf of the injured party or his or her estate.

- If someone is submitting a Questionnaire on behalf of the injured party or the injured party's estate, provide the submitting person's name and address in Part 1(B) and/or Part 1(C), as requested.

- Unless otherwise noted, all other questions on the Questionnaire request information relating to the injured party, regardless of who is actually submitting the claim.

- If the injured party or claimant is represented by an attorney, provide the requested information in Part 1(C). You do not need an attorney to submit a claim.

Page 4

## PART 2: MEDICAL INFORMATION

- Complete all applicable sections.
- Failure to complete any section will be interpreted to mean that the injured party does not have the specified injuries, conditions, or test results addressed in that section.
- Definitions: The following definitions apply to the Questionnaire and are provided for your assistance in preparing sections regarding medical history.
    - Asbestosis: bilateral, diffuse fibrosis of the lungs caused by the inhalation of asbestos fibers.
    - Forced Expiratory Volume 1 ($FEV_1$): a measurement of lung function that describes the volume of air one can force from one's lungs in one second of effort (forced ("F") expiratory ("E") volume ("V") one second ("$_1$")).
    - Forced Vital Capacity (FVC): a measurement of lung function that describes the total amount of air one can forcibly exhale after inhaling as much air as possible.
    - ILO rating: "ILO rating" describes the scale developed by the International Labor Organization (sometimes also referred to as the International Labor Office) to describe the extent of fibrosis that appears on a chest x-ray. The scale has 12 points that are expressed with a 0, 1, 2, or 3 appearing to the left of a "/" and a 0, 1, 2, or 3 appearing to the right of the same "/", hence "0/0, 0/1, 1/0, 1/1" and so on.
    - Lung Cancer: cancer of the lung also known as bronchogenic carcinoma.
    - Mesothelioma: cancer of the thin membrane surrounding the lung (known as the pleura) or the thin membrane surrounding the internal organs (known as the peritoneum).
    - Other Cancer: including, but not limited to, colorectal (cancer of the colon or rectum), esophageal (cancer of the esophagus), laryngeal (cancer of the larynx/voicebox), pharyngeal (cancer of the pharynx/throat), and/or stomach cancer.
    - Pleural condition: any medical condition appearing in the lining of the lung or chest wall.
    - Pleural plaques: a circumscribed or localized area of fibrosis appearing in the lining of the chest wall or diaphragm.
    - Pleural thickening: a diffuse (as opposed to circumscribed or localized) area of fibrosis appearing in the lining of the lung or the chest wall.
    - Total Lung Capacity (TLC): a measure of the total amount of air in the lungs.

## PART 3: EXPOSURE HISTORY

- Provide information for all applicable questions. A listing of USG products which have been alleged to contain asbestos is included in Appendix B.

## PART 4: SIGNATURE OF CLAIMANT OR AUTHORIZED AGENT

- The injured party, the injured party's attorney, or, if the injured party is deceased or incapacitated, the injured party's personal representative must personally sign this Questionnaire.

## Occupation Codes

01. Air Conditioning & Heating Installer, Maintenance
03. Asbestos Miner, Asbestos Plant Worker
04. Asbestos Removal Worker
60. Baker
12. Brake Maker
13. Brick Masons, Layer & Hod Carrier
09. Boiler Worker, Repair
61. Butcher & Meat Cutter
51. Bystander (Including Family Member)
15. Carpenter
55. Chipper
67. Construction Laborer
18. Custodian
19. Electrician
20. Engineer
05. Factory Worker (Assembly Line)
59. Factory Worker (Non-Assembly Line)
21. Fire Fighters
22. Furnace Worker, Installer & Maintenance
52. Glass Worker
56. Grinder
57. Hazardous Materials Removal
62. Heat Treating Equipment Operator
23. Heavy Equipment Operator
63. Hostler
02. Insulation
53. Longshoreman
64. Machine Operator
26. Machinists
10. Maintenance Worker
06. Mechanic
27. Millwright
50. Office Worker
28. Painter
30. Pipe fitter, Steamfitter plumber & Helper
31. Plasterer & Sheet-Rock Installer
11. Railroad, Brakeman, Carman, Conductor, and Laborer
34. Rigger

35. Sandblaster
33. Seaman (Engine Room)
36. Seaman (Non-Engine Room)
37. Sheet Metal Worker
39. Ship fitter
38. Shipwright
65. Shipyard Laborer
54. Steel, Foundry, Aluminum Worker
40. Warehouse Worker
08. Welder
66. Well Pullers
ZZ.   Other Exposure

**Appendix A**
**LIST OF DEBTORS**

USG Corporation
United States Gypsum Company
USG Interiors, Inc.
USG Interiors International, Inc.
L&W Supply Corporation
Beadex Manufacturing LLC
B-R Pipeline Company
La Mirada Products Co., Inc.
USG Industries, Inc.
USG Pipeline Company
Stocking Specialists, Inc

# USG Claims Website

| | |
|---|---|
| **Home** | |
| **Court Bar Date Order** | ## Company History About Products Containing Asbestos |
| **Claims Covered By Bar Date** | **United States Gypsum Company** is a subsidiary of USG Corporation. U Gypsum Company was formed in 1901 and is in the business of manufa selling building products. Some of the building products manufactured United States Gypsum Company from 1920 through 1978 containe Products that may have contained asbestos during this period include so ceiling plasters, spray fireproofing, fire-rated ceiling tiles, decorative te compound, and industrial insulation. Most of these products did not conta at all times from 1920 through 1978. No product contained asbestos as product formulation after 1978. |
| General Claims | |
| Asbestos-Related Property Damage Claims | |
| Trade Creditor Claims | |
| Shareholders | A list of trade names of products manufactured by United States Gypsu during the period from 1920 through 1978 that may have contained asbes but may not be limited to, the following: |
| Employees | |
| Retirees | |
| **Court Ordered Notices of Bar Date** | A-B TEX Texture Paint<br>ACOUSTONE 120 Ceiling Tiles<br>ACOUSTONE 180 Ceiling Tiles<br>AUDICOTE Acoustical Plaster<br>Aggregated Spray Finish, White<br>Column Fire Board<br>Concrete Ceiling Texture<br>DURABOND Joint Compound<br>Exterior Texture Wallboard Finish<br>Fire Door Coreboard<br>HI-LITE Acoustical Plaster<br>IMPERIAL "QT" (Spray) Texture Finish<br>K-FAC 19 Block Insulation<br>K-FAC Block Insulation<br>Multi-Purpose Texture Finish<br>ORIENTAL Exterior Finish Stucco<br>ORIENTAL Interior Finish<br>PAC-TEX Texture Paint<br>PERF-A-TAPE Joint Compound<br>PYROBAR Mortar Mix<br>USG "QT" Simulated Acoustical Spray Texture<br>Ready-Mixed Imperial "QT" Spray Finish<br>RED TOP Acoustical Plaster<br>RED TOP BONDCRETE Plaster-Basecoat<br>RED TOP Cover Coat Finish Plaster<br>RED TOP Firecode D Plaster<br>RED TOP Firecode "V" Plaster<br>RED TOP Gypsum Plaster<br>RED TOP Patching Plaster<br>RED TOP Sanded Wall Plaster<br>RED TOP Strucolite Plaster<br>RED TOP Trowel Finish<br>RED TOP Wood Fiber Plaster<br>SABINITE Acoustical Plaster |
| General Claims | |
| Asbestos-Related Property Damage (Publication Notice) | |
| **Proof of Claims Forms** | |
| General Claims Form | |
| Asbestos-Related Property Damage Claims Form | |
| **Company History About Products Containing Asbestos** | |
| **Questions and Answers** | |

SHEETROCK Radiant Heat Filler-Machine Application
SHEETROCK Radiant Heat Simulated Acoustical Texture
Simulated Acoustical Spray Texture/Finish
Special Texture Paint
SPRAYDON Powercote
SPRAYDON Standard A
SPRAYDON Standard G
Superhard Spray Texture Finish
TEXOLITE Block Filler
TEXOLITE Dry Fill
TEXOLITE Drywall Surfacer
TEXTONE Texture Finish
THERMALUX Radiant Heating Panels
USG Joint Compound
Wainscoat Trowel Finish Plaster

United States Gypsum Company also manufactured other products in tl
generic categories that may have contained asbestos:

Adhesives
Asbestos Board
Asbestos Paper
Insulating Cement
Pipecovering
Roofing Products
Cement Siding Shingles

**USG Corporation** was formed in 1985 and is the parent company of vari
in this chapter 11 proceeding. USG Corporation has never manufactured
building products. Various subsidiaries of USG Corporation manufactu
building products that contained asbestos at various times in the past.
regarding these subsidiaries is included herein.

**L&W Supply Company**, a subsidiary of USG Corporation, is a distributoi
materials manufactured by United States Gypsum Company and other
L&W Supply Company was created in 1971 as a subsidiary of United Sta
Company and, since 1985, has been a subsidiary of USG Corporation. In
some of the products distributed by L&W Supply Corporation, primarily joir
and roofing materials, contained asbestos. Since its formation in 1971,
Company distribution centers have operated under different business
different locations. (Click here to view a list of L&W business or trade name

**Beadex Manufacturing, LLC**, a subsidiary of United States Gypsum
manufactured and sold joint compound containing asbestos from 1963 thi
Distribution of products that contained asbestos is belived to have bee
Washington, Oregon, Idaho, Alaska, and possibly Colorado.

**USG Interiors, Inc.**, a subsidiary of USG Corporation, was formed in 1986
Interiors has manufactured mineral fiber ceiling tiles and suspension syster
fiber insulation, access floors, and wall partition systems. None of the prodi
manufactured or sold by USG Interiors contained asbestos as part of the pr
formulation.

**In addition**, the following companies, which are not debtors in this procee

one time were affiliated with United States Gypsum Company or USG manufactured or distributed products containing asbestos :

- A.P. Green Refractories Co. was acquired by United States Gypsum C 1967 but is no longer affiliated with United States Gypsum Company Corporation. A.P. Green Refractories Co. was a subsidiary of United S Gypsum Company through 1984 at which time A.P. Green Refractorie became a subsidiary of USG Corporation. A.P. Green Refractories Co. subsidiary of USG Corporation until 1987. A.P. Green Refractories Co. manufactured and sold refractory products such as cements and bloc
- E.J. Bartells Company is a refractory and insulation contracting comp was owned by A.P. Green Refractories Co.
- Bigelow-Liptak Corporation is a refractory and insulation contracting and was owned by A.P. Green Refractories Co.
- Chicago Mastic Company was a manufacturer of adhesive products th acquired by United States Gypsum Company in 1971.
- DAP, Inc. is a manufacturer of construction adhesives and sealants a subsidiary of USG Corporation from 1987 until 1991.
- Permalastic Products Company was a manufacturer of adhesives that acquired by United States Gypsum Company in 1974.

[1] By including information here regarding these companies, the debtc are not in any way assuming responsibility or liability for A.P. Green, Bartells, Bigelow-Liptak, Chicago Mastic Company, DAP, or Permalast Products. The debtors do not waive and expressly reserve any and of their rights with respect to any claims that the debtors are responsibl any claims arising out of the acts or omissions of these companies.

For further information concerning the Claims Bar Date, you may consult th contact the USG Claims Help Line at 1-866-233-9048, or write to the USG Processing Department, c/o Logan & Company, Inc., 546 Valley Road, Upp NJ 07043.

This information is not intended to be legal advice. If you have a legal ques should consult an attorney.

Copyright © 2002 USG, Inc. All Rights Reserved