**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : : : | **Chapter 11**<br>**Case No. 01-2094 (JKF)**<br>**Jointly Administered** |
| USG CORPORATION, *et al.*, | : : | |
| Debtors. | : : | |
| USG CORPORATION, *et al.*, | : : : | |
| Movant, | : : | |
| v. | : : | |
| OFFICIAL COMMITTEE OF ASBESTOS<br>PERSONAL INJURY CLAIMANTS,<br>OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS, OFFICIAL<br>COMMITTEE OF ASBESTOS PROPERTY<br>DAMAGE CLAIMANTS AND LEGAL<br>REPRESENTATIVE FOR FUTURE<br>CLAIMANTS, | : : : : : : : : : | **Civil Action No. 04-1559 (JFC)**<br>**Civil Action No. 04-1560 (JFC)** |
| Respondents. | : : | |

**CERTIFICATE OF SERVICE**

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on September 19, 2005, I caused a copy of *The Official Committee Of Asbestos Claimants Response in Opposition To Debtors' Motion For Approval Of Sampling Plan And Claimant Questionnaire* to be served upon the individuals below in the manner indicated:

**VIA ELECTRONIC MAIL**:

Scott Devereaux, Esquire
devereauxsd@cooley.com

Scott Baena, Esquire
sbaena@bilzin.com

Denise K. Wildes, Esquire
dwildes@stroock.com

Jay Sakalo, Esquire
jsakalo@bilzin.com

Kenneth Pasquale, Esquire
kpasquale@stroock.com

Allyn Danzeisen, Esquire
adanzeisen@bilzin.com

Lewis Kruger, Esquire
lkruger@stroock.com

Matthew Kramer, Esquire
mkramer@bilzin.com

Jane Parver, Esquire
jparver@kayescholer.com

Ralph Miller, Esquire
Ralph.miller@weil.com

Efrem Schwalb, Esquire
eschwalb@kayescholer.com

Judy Liu, Esquire
Judy.liu@weil.com

Maris Veidemanis, Esquire
mvedidemanis@kayescholer.com

David Hickerson, Esquire
David.hickerson@weil.com

Peter Friedman, Esquire
peter.m.friedman@weil.com

Jarred Wright, Esquire
Jarred.wright@weil.com

Nathan D. Finch, Esquire
ndf@capdale.com

Joseph Strauss, Esquire
jstrauss@stroock.com

Daniel Graham, Esquire
dkg@capdale.com

Elihu Inselbuch, Esquire
ei@capdale.com

Jeffrey Liesemer, Esquire
JAL@Capdale.com

Marla Rosoff Eskin, Esquire
meskin@camlev.com

Peter Van N. Lockwood, Esquire
pvnl@capdale.com

Kimberly Brown, Esquire
knb@capdale.com

Walter B. Slocombe, Esquire
wbs@capdale.com

Adam VanGrack, Esquire
ALV@Capdale.com

Andrew Kress, Esquire
akress@kayescholer.com

Kathleen Goodhart, Esquire
kgoodhart@cooley.com

Michael Lynn, Esquire
mlynn@kayescholer.com

Patrick Gunn, Esquire
pgunn@cooley.com

{D0049006:1 }

Jeff Gutkin, Esquire
jgutkin@cooley.com

Jeffrey Karr, Esquire
jkarr@cooley.com

Sharon Zieg, Esquire
szieg@ycst.com

James Patton, Esquire
jpatton@ycst.com

Sean Greecher, Esquire
sgreecher@ycst.com

Dated:  September 19, 2005                    CAMPBELL & LEVINE, LLC


/S/ Marla Rosoff Eskin
Marla Rosoff Eskin (No. 2989)
800 N. King Street, Suite 300
Wilmington, DE 19801
Ph. (302) 426-1900
Fax. (302) 426-9947

{D0049006:1 }