UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on **September 19, 2005,** I electronically filed a true and correct copy of **Declaration of Andrew A. Kress,** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven T. Davis, Esq.
Obermeyer Rebmann Maxwell & Hippel
1617 JFK Blvd., One Penn Center, 19th Floor
Philadelphia, PA 19103
steven.davis@obermayer.com

Brett D. Fallon, Esq.
222 Delaware Ave, 10th floor
P.O.Box 2306
Wilmington, DE 19899-2306
bfallon@morrisjames.com

Paul N. Heath, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
heath@rlf.com, rbgroup@rlf.com

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
mlastowski@duanemorris.com

Christopher D. Loizides, Esq.
Loizides & Associates
1225 King Street, Suite 800
Wilmington, DE 19801
loizides@loizides.com

Christopher A. Ward, Esq.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
bankserve@bayardfirm.com
cward@bayardfirm.com

I further certify that on **September 19, 2005,** I caused the **Declaration of Andrew A. Kress,** to be served via e-mail upon the attached service list:

_____

James L. Patton, Jr. (No. 2202)
Edwin J. Harron (No. 3396)
Sean T. Greecher (No. 4484)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
eharron@ycst.com
sgreecher@ycst.com
bank@ycst.com

*Attorneys for the Legal Representative*

**VIA ELECTRONIC MAIL:**

Ralph Miller, Esquire - Ralph.Miller@weil.com

Judy Liu, Esquire - Judy.Liu@weil.com

David Hickerson, Esquire - David.Hickerson@weil.com

Peter Friedman, Esquire - Peter.M.Friedman@weil.com

Jarred Wright, Esquire - Jarrad.Wright@weil.com

Nathan D. Finch, Esquire - ndf@capdale.com

Peter Van N. Lockwood, Esquire - pvnl@capdale.com

Kimberly Brown, Esquire - knb@capdale.com

Jeffrey Liesemar, Esquire - jal@capdale.com

Adam VanGrack – alv@capdale.com

Walter B. Slocombe - wbs@capdale.com

Daniel Graham, Esquire - dkg@capdale.com

Elihu Inselbuch, Esquire - ei@capdale.com

Marla Eskin, Esquire - meskin@camlev.com

Kenneth Pasquale, Esquire - Kpasquale@stroock.com

Denise Wildes, Esquire - Dwildes@stroock.com

Lewis Kruger, Esquire - Lkruger@stroock.com

Joseph Strauss, Esquire - Jstrauss@stroock.com

Scott Baena, Esquire - sbaena@bilzin.com

Jay Sakalo, Esquire - jsakalo@bilzin.com

Allyn Danzeisen, Esquire - adanzeisen@bilzin.com

Matthew Kramer, Esquire - mkramer@bilzin.com

Jane Parver, Esquire - jparver@kayescholer.com

Andrew Kress, Esquire - akress@kayescholer.com

Michael Lynn, Esquire - mlynn@kayescholer.com

Maris Veidemanis, Esquire - mveidemanis@kayescholer.com

Efrem Schwalb, Esquire - eschwalb@kayescholer.com

Edmund Emrich, Esquire – eemrich@kayescholer.com

Scott Deveraux, Esquire - devereauxsd@cooley.com

Kathleen Goodhart, Esquire - kgoodhart@cooley.com

Patrick Gunn, Esquire - pgunn@cooley.com

Jeff Gutkin, Esquire - jgutkin@cooley.com

Jeffrey Karr, Esquire - jkarr@cooley.com

Sharon Zieg, Esquire – szieg@ycst.com

James Patton, Jr., Equire – jpatton@ycst.com

Sean Greecher, Esquire – sgreecher@ycst.com

Dean Trafelet, Esquire – dtrafelet@dcwis.com

Brad Erens, Esquire – bberens@jonesday.com

Daniel Butz, Esquire – dbutz@mnat.com