

## Alternative Model

- Based on the historic relationships between claims, asbestos usage and the prevailing safety standards over time.
- Claim filings decline over time in response to lower intensity and duration of exposure to asbestos products.

# ASBESTOS STATISTICS

| Year | Production | Imports | Apparent Consumption |
|---|---|---|---|
| 1961 | 47,900.00 | 560,000.00 | 604,000.00 |
| 1962 | 48,300.00 | 613,000.00 | 659,000.00 |
| 1963 | 60,200.00 | 606,000.00 | 657,000.00 |
| 1964 | 91,700.00 | 670,000.00 | 738,000.00 |
| 1965 | 107,000.00 | 653,000.00 | 721,000.00 |
| 1966 | 114,000.00 | 659,000.00 | 731,000.00 |
| 1967 | 112,000.00 | 585,000.00 | 654,000.00 |
| 1968 | 109,000.00 | 669,000.00 | 741,000.00 |
| 1969 | 114,000.00 | 630,000.00 | 712,000.00 |
| 1970 | 114,000.00 | 589,000.00 | 665,000.00 |
| 1971 | 119,000.00 | 618,000.00 | 699,000.00 |
| 1972 | 120,000.00 | 668,000.00 | 747,000.00 |
| 1973 | 136,000.00 | 718,000.00 | 803,000.00 |
| 1974 | 103,000.00 | 695,000.00 | 768,000.00 |
| 1975 | 99,000.00 | 490,000.00 | 552,000.00 |
| 1976 | 105,000.00 | 596,000.00 | 659,000.00 |
| 1977 | 92,000.00 | 551,000.00 | 610,000.00 |
| 1978 | 93,000.00 | 570,000.00 | 619,000.00 |
| 1979 | 93,000.00 | 513,000.00 | 564,000.00 |
| 1980 | 80,000.00 | 327,000.00 | 356,000.00 |
| 1981 | 76,000.00 | 338,000.00 | 349,000.00 |
| 1982 | 64,000.00 | 242,000.00 | 247,000.00 |
| 1983 | 70,000.00 | 196,000.00 | 217,000.00 |

## Asbestos Statistics (cont'd)

| Year | Production | Imports | Apparent Consumption |
|---|---|---|---|
| 1984 | 57,000.00 | 210,000.00 | 226,000.00 |
| 1985 | 57,000.00 | 142,000.00 | 162,000.00 |
| 1986 | 51,000.00 | 108,000.00 | 120,000.00 |
| 1987 | 51,000.00 | 94,000.00 | 84,000.00 |
| 1988 | 18,000.00 | 85,000.00 | 71,000.00 |
| 1989 | 17,000.00 | 55,000.00 | 55,000.00 |
| 1990 |  | 41,000.00 | 41,000.00 |
| 1991 | 20,000.00 | 35,000.00 | 35,000.00 |
| 1992 | 16,000.00 | 32,000.00 | 33,000.00 |
| 1993 | 14,000.00 | 31,000.00 | 32,000.00 |
| 1994 | 10,000.00 | 26,000.00 | 27,000.00 |
| 1995 | 9,000.00 | 22,000.00 | 22,000.00 |
| 1996 | 10,000.00 | 22,000.00 | 22,000.00 |
| 1997 | 7,000.00 | 21,000.00 | 21,000.00 |
| 1998 | 6,000.00 | 16,000.00 | 16,000.00 |
| 1999 | 7,000.00 | 16,000.00 | 16,000.00 |
| 2000 | 5,000.00 | 15,000.00 | 15,000.00 |
| 2001 | 5,000.00 | 13,000.00 | 13,000.00 |
| 2002 | 3,000.00 | 7,000.00 | 7,000.00 |
| 2003 | 0 | 5,000.00 | 5,000.00 |



## Where are the underlying factors driving non-malignancy claims?

- No direct link to economic and legal factors driving the filing of non-malignancy claims
  - Such factors enter into the modeling process indirectly in calibration period and methods.
- Their absence makes interpretation of the variance to forecast especially difficult

## Evidence on Exposed Population

- Very little has been done since Nicholson's groundbreaking study in 1982
  - 27.5 million were exposed from 1940 – 1979 with some 21 million still alive at 1/1/1980
- Nicholson's estimate was limited both in time and to 'traditional' exposures





## Why are so few non-non-malignant claims being filed?

- Cloud of federal legislation and tort reform
- Exhausted claim filings in 2003
- Less immediate money is available today
- Scheduled value and medical and exposure criteria are unsettled for many defendants
- More stringent criteria and lower values
- Absence of competition to retain clients

# A business model approach to forecasting non-malignancies

- Factors that influence claim filing behavior
  - Economic expectations
    - Attorney fees net of out-of-pocket costs over time
  - Adjusted for the risks expectations not met
    - Tort reform & federal legislation
    - Bankruptcy
    - Future changes in qualifying criteria

## Is a Business Model Viable?

- Estimating recoveries
- Identifying and quantifying risk
  - Subjective judgments
- Establish and test the nexus between risks and filing behavior
  - How does the changing amount and probability of payment impact filing behavior?

# History Offers a Guide

- 1990 – 1994
  Unfavorable Environment for Non-Malignancies
  - Only exigent health claims paid.
  - Avg. 17,000/yr
  - Max. 23,000/yr
  - Min. 14,000/yr

- 2000 – 2003
  Favorable Environment for Non-Malignancies
  - X-ray audit discontinued.
  - Avg. 75,000/yr
  - Max. 101,000/yr
  - Min. 56,000/yr

# Recommendations

- National Asbestos Claims Database
  - At a minimum, injured party's name, address, SS#, law firm and personal representative by defendant and date filed
- 'Blue Chip' Survey for Asbestos Claims
  - Probability of events impacting non-malignancy claims over the near, medium & long term (1, 3 and 5 years)
- Database of Expected Recoveries
- Reduce Inter-(b)reader Variability
  - NIOSH led effort focusing on disagreement over reading x-rays of the least injured individuals

# Claiming the Future
## A Forecasting Challenge

- Forecast uncertainty will continue for the foreseeable future, but not indefinitely
  - Better managed by quantifying the risks and explicitly incorporating business considerations driving the filing of non-malignancy claims
  - Even without a business model, having a business perspective is crucial in the early recognition of new trends in the filing of claims