# EXHIBIT Q

STATE OF MINNESOTA                      DISTRICT COURT

COUNTY OF RAMSEY                   SECOND JUDICIAL DISTRICT

PERSONAL INJURY/ASBESTOS/DeCOURCY

In Re: Minnesota Personal Injury Asbestos Cases       Court File No.: C8-94-2875

**ORDER**

The Court, on its motion, having conferred with Plaintiffs' and Defendants' counsel, and having given them an opportunity to be heard, hereby orders as follows:

**WHEREAS**, over 900 personal injury asbestos cases are currently pending before this Court, and

**WHEREAS**, many of these cases have been pending for five or more years without any party requesting a trial date, and

**WHEREAS**, this Court has established an inactive docket for cases not being actively prepared for trial and/or subject to a request for a trial date, and

**WHEREAS**, effective management of the Court's docket requires the Court to know which cases are being actively pursued at present,

**IT IS HEREBY ORDERED**:

1. All cases identified on Exhibit A to this Order shall be set on for a trial date certain in January 2006, said date to be subject to a future Order of this Court.

2. Any plaintiff on Exhibit A choosing to waive his or her right to trial in January o 2006 shall file a notice of placement on the inactive docket no later than September 30, 2005.

3.  Once a plaintiff has chosen to place his or her case on the inactive docket, the case may be removed from the inactive docket only for a good cause shown as defined below, or by further Order of this Court.

4.  Good causes exists under the following circumstances:

   a.  Plaintiff has developed an allegedly asbestos-related cancer; or

   b.  Plaintiff has developed an allegedly asbestos-related respiratory impairment sufficient to compel plaintiff to leave or modify his current occupation, in the event that he in fact does leave or modify his occupation and is unable to obtain alternative employment at the same or better compensation; or

   c.  Plaintiff develops a respiratory impairment claimed to be asbestos related and measurable by pulmonary function testing, as reflected in reliable test results showing eighty percent or less of predicted values for the total lung capacity (TLC) or seventy-five percent or less of predicted values for defusing capacity (DLCO); or

   d.  Plaintiff has been diagnosed with asbestosis supported by an x-ray interpreted by a certified B-reader as showing profusion index of 1/1 or greater under the ILO scale.

   e.  The case has been on the inactive docket for at least two years and at least six years have elapsed since the date of diagnosis of an asbestos-related disease; or

   f.  The case has been on the inactive docket for at least two years and the plaintiff has attained the age of 60 years.

Dated: 6/28/05

BY THE COURT

Michael T. DeCourcy
Judge of District Court

2

| Case No. | Case Name |
|---|---|
| C1-87-4612 | Douglas Verbout and Janet Verbout v. ACandS, Inc. |
| C4 88-6356 | James Preiner and Lynda Preiner v. ACandS, Inc., et al. |
| C7-89-245 | Douglas L. Olson and Sharon Olson v. Eagle-Picher Industries, Inc., et al. |
| 19-C5-89-006624 | Terry and Mary Magle v. ACandS, Inc. et al. |
| 19-C5-89-007594 | Charles B. Loomis, Jr. and Irene Loomis v. ACandS, Inc., et al. |
| C8-89-7587 | Ralph M. Wagner and Dorothy M. Wagner v. ACandS, Inc., et al. |
| C2-89-7617 | Donald Bauer v. ACandS, Inc., et al. |
| C1-89-7592 | Ronald Soplata v. ACandS, Inc., et al. |
| C9 89-8005 | Glenn S. Nordell and Alice Nordell v. API Company of Minnesota, et al. |
| CX-89-10848 | Robert Tschida and Lois Tschida v. ACandS, Inc., et al. |
| C4-89-8199 | Andrew A. Peterson v. ACandS, Inc., et al. |
| C3-89-8386 | Edmund H. Theis and Rose Theis v. ACandS, Inc., et al. |
| C5-90-006239 | John Francis and Debra Francis v. ACandS, Inc., et al. |
| PI-90-005778 | Paul M. Winkelman and Marlys Winkelman v. ACandS, Inc., et al. |
| C8-90-4178 | Ron Rouse and Phyllis Rouse v. A.P.I., Inc., et al. |
| PI 90-008874 | Michael H. Bluhm vs. ABEX Corporation, et al. |
| C3-90-8278 | Herbert C. Johnson and Florence Johnson v. ACandS, Inc., et al |
| CO-91-6403 | Robert Dalluhn v. Allpax Co., et al. |
| C6-91-6518 | Leroy Tronstad and Janice Tronstad v. ACandS, Inc., et al. |
| C8-91-6620 | Robert Brunswick v. ACandS, Inc., et al. |
| C3 91-6637 | Bradlee Koepp and Cheryl Koepp v. Anchor Packing, et al. |
| C4 91-6789 | Herschel G. Jacobson v. A.P.I., Inc. |
| PI-91-004808 | Steven D. Fiebiger and Pamela Fiebiger v. A.P.I., Inc., et al. |
| C9-91-6786 | Gayl Waldvogel and Shirley Waldvogel v. ACandS, Inc., et al. |
| 19-C4-91-006937 | Jim Hyrkas and Christine Hyrkas v. ACandS, Inc., et al. |
| 19-CX-91-006960 | Gary Schwantz and Melaney Schwantz v. Anchor Packing Co., et al. |
| 19-C4-91-006985 | James Dimatteo and LaVonne Dimatteo v. ACandS, Inc., et al. |
| 19-CO-91-007373 | Robert Gemlo and Elzabeth Gemlo v. ACandS, Inc., et al. |
| C8-91-7721 | Lorene J. Voto, trustee for next of kin of Clayton L. Brown and Elaine Brown v. ACandS, Inc., et al. |
| C1-91-8552 | Valentine Scherer and Nancy Scherer v. ACandS, Inc., et al. |
| C3-91-8355 | Kenneth A. Harvey and Charlotte Harvey v. ACandS, Inc., et al |
| C6-91-8298 | James E. Lee and Wanda K. Lee v. ACandS, Inc. et al. |
| C7-91-6401 | Roger Dokken v. ACandS, Inc., et al. |
| C8-91-8299 | Robert G. Mrozek and Theresa M. Mrozek v. ACandS, Inc., et al. |
| C8-91-8352 | Joseph W. Lommel and LaVonne Lommel v. ACandS, Inc., et al. |
| CX-91-8353 | Wayne K. Jocelyn, Jr. and Sandra Jocelyn v. ACandS, Inc., et al. |
| PI 91-17369 | Arvid Wendt & Elizabeth Wendt v. Anchor Packing Company, et al. |
| C1-91-8516 | Ronald J. Hanson and Lynette Hanson v. ACandS, Inc., et al. |
| C3-918517 | George T. Lenertz and Yvonne Lenertz v. ACandS, Inc., et al. |
| C4-918512 | Wayne L. Allar and Jeanne Allar v. ACandS, Inc., et al. |
| C6-91-5730 | Jeanette Cobian, as Trustee for the Next-of-Kin of Lawrence Cobian, Decedent v. A.P.I. Inc., et al. |
| C8-91-8514 | Gerald D. Berg and Linda Berg v. ACandS, Inc., et al. |

1

| | |
|---|---|
| CX-918515 | Joseph J. Franek and Patricia Ann Franek v. ACandS, Inc., et al. |
| C5-91-8518 | Kenneth D. Tabbert and Carlyn Tabbert v. ACandS, Inc., et al. |
| PI 91-19533 | Kenneth M. Lang and Lois Lang v. ACandS, Inc., et al. |
| C0-91-8832 | Wayne H. Thole v. ACandS, Inc., et al. |
| C0-91-8992 | Ralph R. Jacobs and Phyllis Jacobs v. ACandS Inc., et al. |
| C7-91-8990 | William R. Engler v. ACandS, Inc., et al. |
| PI 91-22657 | Gilbert Stickfort and Marilyn Stickfort v. ACandS, Inc., et al. |

2