UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
USG CORPORATION                                 :
a Delaware corporation, et al.,                 :
                                                :   Jointly Administered
                Debtors.                        :   Case No. 01-2094(JKF)
------------------------------------------------x
USG CORPORATION, et al.,                        :
                                                :
                Movant                          :
        v.                                      :
                                                :   Civil Action No. 04-1559 (JFC)
OFFICIAL COMMITTEE OF                           :   Civil Action No. 04-1560 (JFC)
ASBESTOS PERSONAL INJURY                        :
CLAIMANTS, et al.,                              :
                Respondents.                    :
------------------------------------------------x

### THE STATUTORY COMMITTEE OF EQUITY SECURITY HOLDERS' JOINDER TO THE DEBTORS' REPLY BRIEF IN SUPPORT OF MOTION FOR APPROVAL OF SAMPLING PLAN AND CLAIMANT QUESTIONNAIRE

The Statutory Committee of Equity Security Holders (the "Equity Committee") hereby joins the Debtors' Reply Brief in Support of Motion for Approval of Sampling Plan and Claimant Questionnaire (the "Debtors' Reply Brief") filed on September 28, 2005. The Equity Committee expressly reserves the right to present further evidence, testimony and argument that the number of claimants to be sampled should be greater than 2,000.

Date: September 28, 2005                    Respectfully submitted,

*/s/ signature*

**MORRIS, NICHOLS, ARSHT & TUNNELL**

Robert J. Dehney (No. 3578)
Daniel B. Butz (No. 4227)
Curtis S. Miller (No. 4583)
1201 North Market Street,
18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

**WEIL, GOTSHAL & MANGES LLP**

Martin J. Bienenstock
Judy G.Z. Liu
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

-and-

David A. Hickerson
Peter M. Friedman
M. Jarrad Wright
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

-and-

Ralph I. Miller
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 756-7700
Facsimile: (214) 746-7777

Counsel for the Statutory
Committee of Equity Security Holders