## CERTIFICATE OF SERVICE

      I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Statutory Committee of Equity Security Holders' Joinder to the Debtors' Reply Brief in Support of Motion for Approval of Sampling Plan and Claimant Questionnaire** was caused to be made on September 28, 2005, in the manner indicated upon the parties identified on the attached service lists and in accordance with the Modified Revised Order Establishing Case Management And Scheduling Procedures And Superseding Five Prior Orders Related Thereto.

Date: September 28, 2005

                                                    Daniel B. Butz (No. 4227)

485239