IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| USG CORPORATION, | : | |
| a Delaware corporation, et al., | : | Jointly Administered |
| | : | Case No. 01-2094 (JKF) |
| Debtors. | : | |
| | : | |
| USG CORPORATION, et al., | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | Civil Action No. 04-1559 (JFC) |
| OFFICIAL COMMITTEE OF | : | Civil Action No. 04-1560 (JFC) |
| ASBESTOS PERSONAL INJURY | : | |
| CLAIMANTS, et al., | : | |
| | : | |
| Respondents. | : | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 6, 2005 AT 11:30 A.M. [1]

1.   Motion for Approval of Debtors' Sampling Plan and Claimant Questionnaire [Docket No. 35 in Case #04-1560 – filed August 19, 2005]

   Responses in Opposition:

   A.   The Official Committee of Asbestos Claimants' Response in Opposition to Debtors' Motion for Approval of Sampling Plan and Claimant Questionnaire [Docket Nos. 43 in Case #04-1560 – filed September 19, 2005]

   B.   Future Representative's Opposition to Debtors' Motion for Approval of Sampling Plan and Claimant Questionnaire [Docket No. 44 in Case #04-1560 – filed September 19, 2005]

   C.   Declaration of Andrew A. Kress of Kaye Scholer in Opposition to Debtors' Motion for Approval of Sampling Plan and Claimant Questionnaire [Docket No. 45 in Case #04-1560 – filed September 19, 2005]

---

[1] Any party who wishes to monitor the hearing telephonically should contact Ann Jerominski (jerominski@rlf.com) by October 3, 2005.

RLF1-2928705-1

D. Declaration of B. Thomas Florence in Opposition to Debtors' Motion for Approval of Sampling Plan and Claimant Questionnaire [Docket No. 46 in Case #04-1560 – filed September 19, 2005]

Responses in Support:

E. Response of the Statutory Committee of Equity Security Holders to the Debtors' Motion for Approval of Debtors' Sampling Plan and Claimant Questionnaire [Docket Nos. 47-55 in Case #04-1560 – filed September 19, 2005]

F. The Official Committee of Unsecured Creditors' Memorandum in Support of Debtors' Motion for Approval of Debtors' Sampling Plan and Claimant Questionnaire [Docket No. 57 in Case #04-1560 – filed September 21, 2005]

G. Debtors' Reply Brief in Support of Motion for Approval of Sampling Plan and Claimants Questionnaire [Docket No. 58 in Case #04-1560 – filed September 28, 2005]

H. The Statutory Committee of Equity Security Holders' Joinder to the Debtors' Reply Brief in Support of Motion for Approval of Sampling Plan and Claimant Questionnaire [Docket No. 59 in Case #04-1560 – filed September 28, 2005]

Related Documents:

a. Declaration of Stephen E. Fienberg *(in support of Motion for Approval of Debtors' Sampling Plan and Claimant Questionnaire)*[Docket No. 36 in Case #04-1560 – filed August 19, 2005]

Status:    In accordance with the Court's instructions, the parties shall submit a joint report regarding the questionnaire by 12:00 noon on October 4, 2005. The hearing on this matter will go forward.

Dated: September 29, 2005
Wilmington, Delaware

                                                  */s/ Paul N. Heath*
                                                 Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

David G. Heiman (OH I.D. 0038271)
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, Ohio 44114

Brad B. Erens (IL I.D. 6206854)
JONES DAY
77 West Wacker
Chicago, Illinois 60601
(312) 782-3939

      -and-

Stephen C. Neal (CA 170085)
Scott D. Devereaux (CA 146050)
COOLEY GODWARD LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Tel: (650) 843-5000

Counsel for Debtors and Debtors in Possession

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Paul N. Heath, do hereby certify that on September 29, 2005 I caused a copy of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on October 6, 2005 at 11:30 a.m.** to be served via email upon the **General Service List[1].**

      /s/ *Paul N. Heath*
      Paul N. Heath (No. 3704)

---

[1] As defined in the *Order Establishing Case Management and Scheduling Procedures for All Matters in the Above Captioned Bankruptcy Cases Which the Reference Has Been Withdrawn from the United States Bankruptcy Court for the District of Delaware to the United States District Court for the District of Delaware* entered March 23, 2005 [Docket No. 6 in Case #04-1559 & Docket No. 8 in Case #04-1560].