IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **USG CORPORATION,** | : | |
| a Delaware corporation, et al., | : | **Jointly Administered** |
| | : | **Case No. 01-2094 (JKF)** |
| Debtors. | : | |
| | : | |
| | : | |
| **USG CORPORATION, et al.,** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | **Civil Action No. 04-1559 (JFC)** |
| **OFFICIAL COMMITTEE OF** | : | **Civil Action No. 04-1560 (JFC)** |
| **ASBESTOS PERSONAL INJURY** | : | |
| **CLAIMANTS, et al.,** | : | |
| | : | |
| Respondents. | : | |

## STIPULATED AGREEMENT AND PROTECTIVE ORDER REGARDING CONFIDENTIALITY OF CERTAIN CLAIMANT INFORMATION

| | |
|---|---|
| COOLEY GODWARD LLP | RICHARDS, LAYTON, & FINGER, P.A. |
| Stephen C. Neal (CA 170085) | Daniel J. DeFranceschi (DE No. 2732) |
| Scott D. Devereaux (CA 146050) | Paul Heath (DE No. 3704) |
| Five Palo Alto Square | One Rodney Square |
| 3000 El Camino Real | P.O. Box 551 |
| Palo Alto, CA 94306 | Wilmington, Delaware 19899 |
| Tel: (650) 843-5000 | Tel: (302) 651-7700 |

JONES DAY
David G. Heiman (OH 0038271)
Brad B. Erens (IL 6206864)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Tel: (216) 586-3939

*Counsel for Debtors*

This Agreement is entered into this 18th day of October, 2005, by, between and among USG CORPORATION, a Delaware Corporation, UNITED STATES GYPSUM COMPANY, a Delaware Corporation, USG INTERIORS, INC., a Delaware Corporation, USG INTERIORS INTERNATIONAL, INC., an Ohio Corporation, L&W SUPPLY CORPORATION, a Delaware Corporation, BEADEX MANUFACTURING, LLC, a Delaware Corporation, B-R PIPELINE COMPANY, a Delaware Corporation, LA MIRADA PRODUCTS CO., INC., an Ohio Corporation, USG INDUSTRIES, INC., a Delaware Corporation, USG PIPELINE COMPANY, a Delaware Corporation, and STOCKING SPECIALISTS, INC., a Delaware Corporation (collectively "Debtors"), the Official Committee of Unsecured Creditors (the "Unsecured Committee") and the Statutory Committee of Equity Security Holders (the "Equity Committee"), Dean Trafelet as the Court-appointed representative of future asbestos claimants (the "Futures Representative") in the Debtors' Chapter 11 cases, the Official Committee of Asbestos Personal Injury Claimants (the "ACC"), and the Official Committee of Asbestos Property Damage Claimants (the "PD Committee") (all collectively the "Parties"), Cooley Godward LLP (Debtors' counsel), Kaye Scholer LLP (the Futures Representative's counsel), Caplin & Drysdale, Chartered (the ACC's counsel), Bilzin Sumberg Baena Price & Axelrod LLP (the PD Committee's counsel), Weil, Gotshal & Manges LLP (the Equity Committee's counsel), and Stroock & Stroock & Lavan LLP (the Unsecured Committee's counsel).

WHEREAS, the Court has approved a discovery questionnaire to be served upon a sample of Debtors' asbestos personal injury claimants (the "Sample Claimants") that will require the Sample Claimants to disclose their own, and potentially other persons', social security numbers and certain other personal information, and to make that information available

NDF

to all the above-referenced parties to review in connection with the estimation of Debtors' asbestos personal injury liabilities (the "Estimation"); and

WHEREAS, the Parties desire to establish confidentiality arrangements in connection with the Sample Claimant discovery; and

WHEREAS, the Parties wish to expedite the production of such information and to implement procedures to assure protection of confidential material included in the Sample Claimant discovery, and to facilitate the prompt resolution over disputes concerning confidentiality;

NOW, THEREFORE, in consideration of the mutual covenants and promises set forth herein, the Parties agree as follows:

1.    <u>Definitions</u> as used in this Agreement.

(a)    "Person" means any natural person or legal entity of any kind or nature and includes the person and the person's parents, subsidiaries, affiliates, heirs, owners, shareholders, partners, directors, officers, employees, representatives, agents, successors and assigns.

(b)    "Document" or "Documents" means all written, recorded, electronic, digitized, computerized or graphic material, produced in connection with the Sample Claimant discovery.

(c)    "Protected Information" means: (1) any social security numbers collected in the Sample Claimant discovery, (2) any documents pertaining to the Sample Claimants that any party receives from the United States Social Security Administration (the "SSA Documents"), (3) any information contained in the SSA Documents when disclosed in conjunction with a Sample Claimant's name, address, or social security number, and (4) any medical records or medical information collected in the Sample Claimant discovery when disclosed in conjunction with a Sample Claimant's name, address, or social security number.

NDF

2.     <u>Non-Disclosure of the Protected Information.</u>

The Parties agree that the Protected Information contained in the Sample Claimant discovery, may not be disclosed to any Person or used in any manner except as provided herein.

3.     <u>Permissible Use and Disclosures.</u>

(a)     The Protected Information may be used and disclosed only in connection with the Estimation.

(b)     The Protected Information may be disclosed only to:

(i)     the partners, associates, secretaries, legal assistants, and any person in the regular employ of counsel for any Party (including, without limitation, counsel to the Futures Representative, the ACC, the Debtors, the Equity Committee, the PD Committee, and the Unsecured Committee) and to the attorneys acting on behalf of the members of the Parties in their capacity as official representatives of such members, to the extent reasonably necessary to render professional services in connection with the Estimation; and

(ii)     court officials involved in the Estimation (including court reporters and persons operating video equipment at depositions);

(iii)     any person designated by the Court in the interest of justice upon such terms as the Court may deem proper;

(iv)     witnesses at deposition or trial, or in the preparation of witnesses, and their counsel in connection with the Estimation;

(v)     outside consultants or experts, and their employees and support personnel, engaged by any Party or its counsel for the purpose of assisting in the Estimation;

(vi)     third-party contractors engaged in one or more aspects of copying, organizing, filing, coding, converting, storing, or retrieving data or designing programs for

NDF

handling data connected with the Estimation, including the performance of such duties in relation to a computerized litigation support system;

   (vii) any other person agreed to in writing by Parties.

  (c) However, before disclosure of any Protected Information is made to any natural person or entity described in subparagraphs 3(b)(iv)–(vii) such person -- or in the case of an entity, a duly authorized representative of such entity who shall be personally responsible for the entity's compliance with this Agreement -- shall sign an undertaking in the form attached as Exhibit A to this Agreement certifying:

   (i) that the signatory has read, understands, and will abide by the terms of this Agreement;

   (ii) that the signatory will not disclose the Protected Information contained therein, to any person not authorized by this Agreement to receive, disclose or use the Protected Information and will not use the Protected Information except as permitted under this Agreement; and

   (iii) that the signatory consents to the jurisdiction of the United States District Court for the District of Delaware, for any action to enforce the provisions of such undertaking, and consents to injunctive and legal relief to enforce the terms of this Agreement and the undertakings set forth in this Agreement; and

  (d) The undertakings obtained pursuant to this subparagraph shall be binding on any person associated with the signatory, and such signatory shall take appropriate measures to advise all such persons that they are bound by the terms of this Agreement and of their obligations under it concerning the confidentiality and protection of the Protected Information and the proper use and handling thereof.



(e)    The undertakings obtained pursuant to this subparagraph shall be deemed work product, and the person who obtains them shall retain them during the course of the Estimation, however, that such undertakings shall be subject to production in any action or proceeding to enforce the terms of this Agreement or to recover for any breach of this Agreement.

4.    <u>Protected Information in Depositions and Interviews.</u>

(a)    Notwithstanding anything in this Agreement to the contrary, a deponent or interviewee may during the deposition or interview in connection with the Estimation, be shown, and examined about the Protected Information if the provisions of paragraph 3 are complied with.

(b)    Persons, including Parties, deponents and interviewees may, within ten (10) calendar days after receiving a transcript or written or recorded recapitulation of a deposition or interview, designate pages (and exhibits thereto) as confidential and subject to this Agreement to the extent they contain Protected Information (as defined above).  Such Protected Information may be designated only by marking the portions of the pages that are confidential and inserting on such pages the legend: "CONFIDENTIAL."  Until the expiration of the 10-day period during which designations may be made, the entire deposition will be treated as Protected Information subject to this Agreement.  If a designation is made, confidential portions and exhibits, if filed, shall be filed under seal pursuant to paragraph 5, separate from the portions and exhibits not so marked and all copies shall be treated as covered by this Agreement.  If any depositions or interviews are videotaped, those portions of the videotape corresponding to portions of the deposition transcript or written or recorded recapitulation designated as confidential shall be afforded the same status.



5.     <u>Filings Containing or Revealing the Protected Information</u>.  Any filing containing or revealing the Protected Information shall be filed separately under seal in an envelope marked with the title (or a general description) of its contents and the legend:  "Filed Under Seal Pursuant to Agreement Regarding Confidentiality of Claimant Social Security Information."  If filed under seal, the filing shall remain under seal unless otherwise ordered by the Court.  In such a case, the Party making the filing may, at its election, file a publicly redacted version of such filing, omitting the part thereof that reveals the detailed contents of the Protected Information.

6.     <u>Protected Information at Estimation Hearings</u>.  The Protected Information may be offered in evidence at any Court Estimation hearing pursuant to the terms of paragraph 5 or such other procedure as may be ordered by the Court.

7.     <u>Client Consultation</u>.  Nothing in this Agreement shall prevent or otherwise restrict counsel from rendering advice to their clients and, in the course thereof, relying on counsel's examination of the Protected Information or their examination by experts, consultants, and others assisting counsel in the Estimation; provided, however, that in rendering such advice and otherwise communicating with such client, counsel shall not make any disclosure of the Protected Information so designated except as otherwise provided in paragraph 3.

8.     <u>Further Requests for Production</u>.  If, at any time, any of the Protected Information in the possession, custody or control of any Party are subpoenaed or requested by any court, administrative agency, legislative body or other person or entity, the person to whom the subpoena or request is directed shall refuse any request or, with respect to a subpoena or court, administrative or legislative order, provide written notice to the Parties as promptly as practicable for the purpose of allowing Parties the opportunity to timely oppose the subpoena or order before responding or disclosing any Protected Information.



9.    <u>Miscellaneous</u>.  By executing this Agreement, no Party hereto shall be deemed to have waived its right to assert that any particular Document should or should not be accorded confidential treatment.  The Parties intend that this Agreement shall be consistent with the Federal Rules of Bankruptcy and Civil Procedure, and that any challenge to it shall be governed by those rules and applicable law in the United States District Court for the District of Delaware.

10.    <u>Termination</u>.  The provisions of this Agreement shall continue to be binding after final termination of the Estimation.  Within ninety (90) calendar days after final conclusion of all aspects of the Estimation, including any appeals, any person who received the Protected Information must certify in writing that the receiving person has destroyed the Protected Information and the portions of all other materials, including copies containing Protected Information.  This requirement shall not apply to counsel's copies of pleadings and exhibits filed under seal with the Court nor to counsel's file copies of papers prepared in connection with the Estimation (*e.g.*, pleadings, transcripts, interview or document summaries, internal memoranda, communications with experts and witnesses, court papers, and other papers prepared or served in the Estimation).

11.    <u>Responsibility of Attorneys</u>.  Counsel for all Parties each acknowledge that they are responsible, severally and not jointly, for employing reasonable measures to control, consistent with this Agreement, duplication of, access to, and distribution of copies of the Protected Information.

12.    <u>Additional Parties</u>.  Notwithstanding the initial recitation of parties to this Agreement, this Agreement shall be effective as between each of the Parties, individually, when each such Party executes a copy of the Agreement and sends copies of such executed Agreement to each of the other Parties.  This Agreement shall not be binding upon any of the named Parties

7

NDF

who do not execute it. The failure of any party to execute this Agreement shall have no impact on the ability of any other Party to gain access to the Sample Claimant discovery, provided such other Party executes the Agreement as provided herein.

13.   <u>Severability</u>. To the extent any provision of this Agreement is illegal or otherwise unenforceable, that shall not affect the enforceability of the remaining terms of this Agreement.

COOLEY GODWARD LLP
STEPHEN C. NEAL (CA 170085)
GORDON C. ATKINSON (CA 122401)
SCOTT D. DEVEREAUX (CA 146050)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155

Dated: October 17, 2005

By: _____

On behalf of Cooley Godward LLP and as Counsel for Plaintiffs USG Corporation, USG Interiors, Inc., USG Interiors International, Inc., L&W Supply Corporation, Beadex Manufacturing, LLC, B-R Pipeline Company, La Mirada Products Co., Inc., USG Industries, Inc., USG Pipeline Company and Stocking Specialists, Inc.

NDF

8

KAYE SCHOLER LLP
Michael J. Crames
Jane W. Parver
Andrew A. Kress
Edmund M. Emrich
425 Park Avenue
New York, NY  10022-3598
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

Dated: October _____, 2005          By:_____

On behalf of Kaye Scholer LLP and as Counsel
for Dean M. Trafelet, Future Representative

CAPLIN & DRYSDALE, CHARTERED
Walter B. Slocombe
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C.  20005
Telephone:  (202) 862-5000

Dated: October 17, 2005          By:_____

On behalf of Caplin & Drysdale, Chartered and
as Counsel for the Official Committee of
Asbestos Personal Injury Claimants

9

KAYE SCHOLER LLP
Michael J. Crames
Jane W. Parver
Andrew A. Kress
Edmund M. Emrich
425 Park Avenue
New York, NY 10022-3598
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Dated: October 17, 2005      By: _____

On behalf of Kaye Scholer LLP and as Counsel
for Dean M. Trafelet, Future Representative


CAPLIN & DRYSDALE, CHARTERED
Walter B. Slocombe
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000

Dated: October ____, 2005      By: _____

On behalf of Caplin & Drysdale, Chartered and
as Counsel for the Official Committee of
Asbestos Personal Injury Claimants

9

BILZIN SUMBERG BAENA
PRICE & AXELROD LLP
Scott L. Baena
(Admitted Pro Hac Vice)
William K. Hill
(Pro Hac Vice Admission Pending)
Nathan G. Mancuso
(Pro Hac Vice Admission Pending)
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 374-7580

Dated: October _____, 2005

By:_____

On behalf of Bilzin Sumberg Baena Price &
Axelrod LLP and as Counsel for the Official
Committee of Asbestos Property Damage
Claimants

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger
Kenneth Pasquale
Denise K. Wildes
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

Dated: October 19, 2005

By: _Kenneth Pasquale_

On behalf of Stroock & Stroock & Lavan LLP
and as Counsel for the Official Committee of
Unsecured Creditors of USG Corporation, et al.

BILZIN SUMBERG BAENA
PRICE & AXELROD LLP
Scott L. Baena
(Admitted Pro Hac Vice)
Jay M. Sakalo
(Admitted Pro Hac Vice)
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 374-7580

By: _____

Dated: October _____, 2005

On behalf of Bilzin Sumberg Baena Price &
Axelrod LLP and as Counsel for the Official
Committee of Asbestos Property Damage
Claimants


STROOCK & STROOCK & LAVAN LLP
Lewis Kruger
Kenneth Pasquale
Denise K. Wildes
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

Dated: October _____, 2005

By: _____

On behalf of Stroock & Stroock & Lavan LLP
and as Counsel for the Official Committee of
Unsecured Creditors of USG Corporation, et al.

10

WEIL, GOTSHAL & MANGES LLP
David A. Hickerson
1501 K Street, Suite 100
Washington, D.C.  20005
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940

Dated:  October ___, 2005                    By: _____

On behalf of Weil, Gotshal & Manges LLP and
as Counsel for the Statutory Committee of
Equity Security Holders

IT IS SO ORDERED.

Dated: October 21, 2005

nunc pro tunc  October 20, 2005

_____
The Honorable Joy Flowers Conti
United States District Court Judge

967781 v1/SF                                    14

## **EXHIBIT A**

## **ACCESS STATEMENT**

As an individual and on behalf of _____, I may be given access to certain confidential or proprietary information of claimants in the Bankruptcy proceeding of *In re USG Corporation, et al.*, No. 01-2094 (Bankr. D. Del. 2001) and *In re USG Corporation, et al.*, Nos. 04-1559 & 1560 (D. Del. 2004).

In connection therewith and in consideration of further performing my duties to _____, I have read the attached confidentiality agreement dated as of October _____, 2005 (the "Confidentiality Agreement"), understand the conditions and obligations of confidentiality, and the other provisions described therein, and hereby accept and agree to be bound by them under the Confidentiality Agreement.

I will not disclose any Protected Information, as defined in the Confidentiality Agreement, to any person not authorized by the Confidentiality Agreement to receive, disclose or use such discovery or Protected Information.

I will not use the Protected Information except as permitted under the Confidentiality Agreement.

I consent to the jurisdiction of the United States Bankruptcy Court for the District of Delaware for any action to enforce the terms of the Confidentiality Agreement and this Access Statement.

### **ACCEPTED AND AGREED TO:**

By: _____

Name: _____
Title: _____
Company: _____
Address: _____

Relationship to Recipient: _____

*(e.g., Employee/Officer/Director, Outside Consultant, Accountant, Attorney, Advisor)*

Witnessed by: _____
Name: _____
Title: _____

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2005, I electronically filed the **Executed Stipulated**

**Agreement and Protective Order Regarding Confidentiality of Certain Claimant Information**

with the Clerk of Court using CM/ECF which will send notifications of such filing to the following:

| | |
|---|---|
| **Steven T. Davis** <br> steven.davis@obermayer.com | **Michael R. Lastowski** <br> mlastowski@duanemorris.com |
| **Marla Rosoff Eskin** <br> meskin@camlev.com | **Christopher D. Loizides** <br> loizides@loizides.com |
| **Brett D. Fallon** <br> bfallon@morrisjames.com | **Christopher A. Ward** <br> bankserve@bayardfirm.com <br> cward@bayardfirm.com |
| **Paul N. Heath** <br> heath@rlf.com; rbgroup@rlf.com | **Daniel Bryan Butz** <br> dbutz@mnat.com |

I hereby certify that on October 18, 2005, I caused a copy of the **Executed Stipulated**

**Agreement and Protective Order Regarding Confidentiality of Certain Claimant Information** to

be served via e-mail upon the attached *Service List*[1] and *Interested Party Service List.*

/s/ Paul N. Heath
Paul N. Heath (No. 3704)
Richards, Layton & Finger, P.A.
One Rodney Square, P. O. Box 551
Wilmington, Delaware 19899-0551
Phone:  302-651-7700
Fax:  302-651-7701
E-mail:  heath@rlf.com

---

[1] As defined in and in accordance with *Order Establishing Case Management and Scheduling Procedures for All Matters in the Above-Captioned Bankruptcy Cases Which the Reference has been Withdrawn from the United States Bankruptcy Court for the District of Delaware to the United States District Court for the District of Delaware* [Docket No. 8 in Case #04-1560; Docket No. 6 in Case #04-1559 – entered March 23, 2005]

*In re: USG Corporation*
*General Service List as of October 18, 2005*
*Via Email*

*Representing Statutory Committee of Equity*
*Security Holders*
Robert J. Dehney
Daniel B. Butz
Curtis S. Miller
Morris Nichols Arsht & Tunnell
P.O. Box 1347
1201 N. Market Street
Wilmington, DE 19899

*Representing Marathon Ashland Petroleum*
*and Coral Energy Canada*
John D. Demmy
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

*Representing Official Committee of Asbestos*
*Personal Injury Claimants*
Marla R. Eskin
Kathleen J. Campbell
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

*Representing Edward Wally*
Robert Jacobs
Jacobs & Crumplar, P.A.
P.O. Box 1271
2 East 7th Street
Wilmington, DE 19899

*Representing US Trustee*
David Klauder
Office of the United States Trustee
J. Caleb Boggs Federal Building, 844 King
Street, Room 2313 Lockbox 35
Wilmington, DE 19801-3519

*Representing Administrative Agent*
Adam G. Landis
Landis Rath & Cobb LLP
919 Market St., Ste. 600
Wilmington, DE 19801

*Representing Official Committee of*
*Unsecured Creditors*
Michael R. Lastowski
Duane Morris, LLP
P.O. Box 195
1100 North Market Street, Suite 1200
Wilmington, DE 19899-1246

*Representing Airgas, Inc.*
Kathleen M. Miller
Smith Katzenstein & Furlow, LLP
P.O. Box 410
800 Delaware Avenue, 7th Floor
Wilmington, DE 19899

*Representing Dean M. Trafelet, Futures*
*Representative*
James L. Patton
Sharon Zieg
Young Conaway Stargatt & Taylor, LLP
P.O. Box 391
1000 West Street, 17th Floor
Wilmington, DE 19899

*Representing Official Committee of Asbestos*
*Property Damage Claimants*
Steven M. Yoder
Neal B. Glassman
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Representing Atlas Roofing Corporation*
Jennifer M. Zelvin
McCarter & English, LLP
P.O. Box 111
919 N. Market Street, Suite 950
Wilmington, DE 19899

*Representing Ancel Abadie and additional claimants*
Julie A. Ardoin
Stephen B. Murray
The Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA 70112-4000

*Representing Asbestos Property Damage Committee*
Scott L. Baena
Jay Sakalo
Annie Martinez
Allyn Danzeisen
Bilzin Sumberg Baena Price & Axelrod LLP
2500 First Union Financial Center, 200
South Biscayne Blvd.
Miami, FL 33131-2336

Gary L. Barnhart
Missouri Dept. of Revenue
P.O. Box 475
301 West High Street, Room 670
Jefferson City, MO 65105-0475

*Representing Statutory Committee of Equity Security Holders*
Martin J. Bienenstock
Judy G. Z. Liu
Robert J. Lemons
Weil Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

Robert W. Bollar
Southern Counties Oil Co.
P.O. Box 4159
1800 West Katella Avenue, Suite 400
Orange, CA 92863-4159

*Representing Airgas, Inc.*
David Boyle
Airgas, Inc.
P.O. Box 6675
259 Radnor-Chester Road, Suite 100
Radnor, PA 19087

*Representing West Coast Estates*
Thomas J. Brandi
Terrence Edwards
Law Offices of Thomas J. Brandi
44 Montgomery Street, #1050
San Fancisco, CA 94104

*Representing Various Asbestos Claimants*
Alan R Brayton
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

*Representing Various Asbestos Claimants*
Russell Budd
Alan B. Rich
Baron & Budd, P.C
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

ReGen Capital I, Inc.
P.O. Box 626
Planetarium Station
New York, NY 10024-0540

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

*Representing Central States, Southeast and Southwest Areas Pension Fund*
Rathna Chikkalingaiah
Central States, Southeast and Southwest Areas Pension Fund
Legal Department 9377 West Higgins Road
Rosemont, IL 60018-4938

*Representing Oracle Corporation and*
*Oracle Credit Corporation*
Shawn M. Christianson
Buchalter, Nemer, Fields & Younger
333 Market Street, 25th Floor
San Francisco, CA 94105-2130

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North, 1100 North Market
Street
Wilmington, DE 19890

*Representing Tennessee Dept. of Treasury -*
*Unclaimed Property*
Marvin E. Clements, Jr.
C/O TN Attorney General's Office, Bankr.
Unit
P.O. Box 20207
Nashville, TN 37202-0207

*Representing Barbara G. Billet, Esq.,*
*Deputy Commissioner and Counsel*
Elaine Z. Cole
New York State Department of Taxation and
Finance
340 E. Main St.
Rochester, NY 14604

*Representing Committee Member*
Newberry College
c/o Edward J. Westbrook, Esquire
Richardson Patrick Westbrook & Brickman
LLC
P.O. Box 1007
1037 Chuck Dawley Blvd, Building A
Mount Pleasant, SC 29465

*Representing Dean M. Trafelet, Futures*
*Representative*
Nicholas J. Cremona
Andrew A. Kress
Jane Parver
Edmund M. Emrich
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

*Representing Ker McGee*
Myron K. Cunningham
Kerr McGee Center
P.O. Box 25861
Oklahoma City, OK 73125

*Representing Catholic Archdiocese of New*
*Orleans*
Martin Dies
1009 Green Avenue
Orange, TX 77630

*Representing Port St. Helens, Oregon*
Charles R. Ekberg
Lane Powell Sears Lubersky LLP
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

*Representing Debtors*
Brad B. Erens
Robert Krebs
Kaye Sobczak
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692

*Representing Hayward Industrial Park*
*Associates, a CA general partnership*
Gregg M. Ficks
Coblentz, Patch, Duffy & Bass, LLP
One Ferry Building, Suite 200
San Francisco, CA 94111

*Representing Federal Express Corp.*
Charles J. Filardi, Jr.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436

Ryan A. Foster
The Foster Law Firm, PLLC
440 Louisiana, Suite 2100
Houston, TX 77002

*Representing Wilmington Trust Company*
Edward M. Fox
Kirkpatrick & Lockhard Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022

Charles O. Freedgood
JP Morgan Chase
270 Park Avenue Floor 12
New York, NY 10017-2036

*Representing Innovative Gas Services, Inc.*
Craig E. Freeman
Thelen, Reid & Priest LLP
875 Third Avenue
New York, NY 10022

*Representing Statutory Committee of Equity Security Holders*
Peter M. Friedman
Weil, Gotshal & Manges LLP
1501 K Street, NW Suite 100
Washington, DC 20005

*Representing Environmental Protection Agency*
Henry S. Friedman
John C. Cruden
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044

*Representing Statutory Committee of Equity Security Holders*
Julie T. Friedman
Victoria Vron
Robert Gee
Weil Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

*Representing The Valleycrest Landfill Site Group*
Neal A. Frink
Dinsmore & Shohl
1900 Chemed Center 255 East Fifth Street
Cincinnati, OH 45202

*Representing Certain Plaintiffs & Claimants*
Charles E. Gibson, III
620 North Street, Suite 100
Jackson, MS 39202

*Representing California Union Insurance Company*
Leonard P. Goldberger
Stevens & Lee
1818 Market Street, 29th Floor
Philadelphia, PA 19103

Terry A. Graffis
National City Bank
1900 East Ninth Street, Locator 01-2136
Cleveland, OH 44114

*Representing Creditor*
Tyler Greif
Peter Faulkner
1313 Avenue of the Americas
New York, NY 10019

*Representing Fox Valley Steel and Wire Company*
Daniel J. Habeck
Cramer, Multhauf & Hammes, LLP
P.O. Box 558
Suite 200, 1601 East Racine Avenue
Waukesha, WI 53187

*Representing Debtor*
Paul Harner
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, Il 60601-1692

*Representing Debtors*
David Heiman
Jones Day
North Point, 901 Lakeside Avenue
Cleveland, OH 44114

*Representing New Jersey Resources*
Robert L. Heugle, Jr.
Lomurro, Davison, Eastman & Munoz, P.A.
Monmouth Executive Center, 100
Willowbrook Road, Building 1
Freehold, NJ 07728-2879

Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

*Representing OII Steering Committee*
Allan H. Ickowitz
Kathy K. Emanuel
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071

*Representing Official Committee of Asbestos
Personal Injury Claimants*
Elihu Inselbuch
Caplin & Drysdale, Chartered
399 Park Ave.
New York, NY 10022-4614

Thomas L. Jacob
Air Products and Chemicals, Inc.
7201 Hamilton BLVD.
Alentown, PA 18195-1501

William S. Katchen
Duane Morris, LLP
744 Broad Street, Suite 1200
Newark, NJ 07102

*Representing Various Asbestos Claimants*
Michael V. Kelley
Thomas M. Wilson
Kelley & Ferraro, L.L.P.
1901 Penton Media Building, 1300 East
Ninth Street
Cleveland, OH 44114

Allan Kellman
The Jaques Admiralty Law Firm
1370 Penobscot Building
Detroit, MI 48226

*Representing City and County of Denver*
Eugene J. Kottenstette
Assistant City Attorney
Land Use & Revenue Section
201 West Colfax Avenue, Dept 1207
Denver, CO 80202-3275

Roger Kral
Dietrich Industries
4200 St Rt 22 East #3
Blairsville, PA 15717

*Representing Trucklease Corporation d/b/a
AMI Leasing, sucessor in interest to Biddle
Co., Inc.*
Gary P. Lightman
Glenn A. Manochi
LIGHTMAN, MANOCHI &
CHRISTENSEN
1520 Locust Street, 12th Floor
Philadelphia, PA 19102

*Representing Official Committee of Asbestos
Personal Injury Claimants*
Peter Van N. Lockwood
Nathan D. Finch
Walter B. Slocombe
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005-5802

*Representing USG Corporation*
Mary A. Martin
USG Corporation
125 South Franklin Street
Chicago, IL 60606

*Representing Lexington Insurance Company*
Robert B. Millner
Sonnenschein, Nath & Rosenthal
8000 Sears Tower, 233 South Wacker Drive
Chicago, IL 60606

*Representing Commonwealth of
Pennsylvania, Pennsylvania Department of
Revenue*
Christopher R. Momjian
Office of the  Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

*Representing Office of the Attorney General
- Washington*
Zachary Mosner
Office of the Attorney General - Bankruptcy
& Collections Unit
900 Fourth Avenue, Suite 2000
Seattle, WA 98164-1012

Lisa B. Neimark
Guiliani Capital
233 S. Wacker Drive
Chicago, IL 60606

*Representing The State of Louisiana*
L. Scott Patton
Walter C. Dunn
The Boles Law Firm
P.O. Box 2065
1818 Avenue of America
Monroe, LA 71207-2065

*Representing Dean M. Trafelet, Futures
Representative*
Allan Pepper
Michael Lynn
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

*Representing Center for Claims Resolution*
Michael P. Richman
Jean Marie L. Atamian
Anthony J. Diana
Leslie Chebli
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019

Barry Ridings
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th Floor
New York, NY 10020

*Representing Commonweath of PA*
Sharon L. Royer
Harrisburg Bankruptcy and Compliance
1171 South Cameron Street, Room 312
Harrisburg, PA 17104-2513

*Representing Parkway, Ltd.*
Howard C. Rubin
Kessler & Collins
5950 Sherry Lane, Suite 222
Dallas, TX 75225

*Representing Doris Saiger, as Personal*
*Representative of the Estate of William*
*Saiger, and Dawn Saiger*
Peter D. Russin
L. Tannenbaum
Meland Russin Hellinger & Budwick, P.A.
3000 Wachovia Financial Center 200 S.
Biscayne Boulevard
Miami, FL 33131

*Representing Associates Leasing, Inc.*
Sergio I. Scuteri
Farr Burke Gambacorta & Wright, P.C.
P.O. Box 788
Suite 201, Eastern International Executive
Office Center, 211 Benigno Boulevard
Bellmawr, NJ 08099-9811

*Representing IBM Corporation*
Beverly H. Shideler
IBM Corporation
2 Lincoln Center #200
Oakbrook Terrace, IL 60181-4837

*Representing Various Asbestos Claimants*
Charles Siegel
Waters & Kraus, LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

*Representing Fee Auditor*
Warren H. Smith
Warren H. Smith & Associates, P.C.
Republic Center, 325 N. Saint Paul, Suite
1275
Dallas, TX 75201

*Representing Anderson Memorial  Hospital*
Daniel A. Speights
Speights & Runyan
P.O. Box  685
200 Jackson Avenue East
Hampton, SC 29924

Adam M. Spence
The Law Offices of Adam M. Spence, P.C.
105 W. Chesapeake Avenue, Suite 400
Towson, MD 21204

*Representing Archiped Classics, Inc.*
Stephen C. Stapleton
Cowles & Thompson
901 Main Street, Suite 4000
Dallas, TX 75202

J.W. Taylor c/o Paul Matthews, Paralegal
Coastal Transport, Inc.
P.O. Drawer 67
Auburndale, FL 33823

*Representing USG Corporation*
Suzanne K. Torrey
USG Corporation
125 S. Franklin Street
Chicago, IL 60606

*Representing Future Claimants*
Dean M. Trafelet
P.O. Box 518
9130 Wild Lane
Baileys Harbor, WI 54202

*Representing New Jersey Self-Insurers*
*Guaranty Association*
Michael S. Waters
Jeffrey Bernstein, Esquire
Carpenter Bennett & Morrissey
Three Gateway Center 100 Mulberry St.
Newark, NJ 07102

*Representing Blue Cross & Blue Shield of*
*Florida, Inc.*
Richard Blackstone Webber II
Richard Blackstone Webber II, PA
320 Maitland Avenue
Altamonte Springs, FL 32701

*Representing Nick Ferrante*
Perry Weitz
C. Sanders McNew
Weitz & Luxenborg
180 Maiden Lane
New York, NY 10038-4925

*Representing Asbestos Creditors*
Scott W. Wert
Foster & Sear, L.L.P.
524 E. Lamar Blvd., Suite 200
Arlington, TX 76011

*Representing Asbestos Property Damage Committee*
Mitchell Widom
Bilzin Sumberg Baena Price & Axelrod LLP
2500 First Union Financial Center, 200
South Biscayne Blvd.
Miami, FL 33131-2336

*Representing Official Committee of Unsecured Creditors*
Denise K. Wildes
Ken Pasquale
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982

landis@lrclaw.com;
adam@spencefirm.com;
arich@baronbudd.com;
bankruptcy@braytonlaw.com;
akellman@jaquesadmiralty.com;
apepper@kayescholer.com;
aickowitz@nossaman.com;
adanzeisen@bilzin.com;
akress@kayescholer.com;
amartinez@bilzin.com;
barry.ridings@lazard.com;
bhshide@us.ibm.com;
usg@jonesday.com;
lbusch@weitzlux.com;
EWESTBROOK@RPWB.COM;
siegel@awpk.com;
charles@cegibsonlawfirm.com;

abothwell@pepehazard.com;
charles.freedgood@jpmorgan.com;
EkbergC@LanePowell.com;
crmomjian@attorneygeneral.gov;
cfreeman@thelenreid.com;
cmiller@mnat.com;
dspeights@speightsrunyan.com;
dbutz@mnat.com;
djh@cmhlaw.com;
usg@rlf.com;
dkhogan@dkhogan.com;
david.boyle@airgas.com;
david.klauder@usdoj.gov;
usg@jonesday.com;
dtrafelet@dcwis.com;
dwildes@stroock.com;
eemrich@kayescholer.com;
efox@klng.com;
elaine_cole@tax.state.ny.us;
EI@capdale.com;
Bankruptcy.Gene@ci.denver.co.us;
deecf@dor.mo.gov;
gmanochi@lightmanlaw.com;
gficks@cpdb.com;
henry.friedman@usdoj.gov;
bsteward@dallasbuildings.com;
legal@comcar.com;
jpatton@ycst.com;
jparver@kayescholer.com;
jsakalo@bilzin.com;
jbernstein@mdmc-law.com;
jzelvin@mccarter.com;
jdd@stevenslee.com;
judy.liu@weil.com;
dlawless@murray-lawfirm.com;
julie.friedman@weil.com;
kcampbell@camlev.com;
kmiller@skfdelaware.com;
ksobczak@jonesday.com;
kpasquale@stroock.com;
s.patton@boleslawfirm.com;
ltannenbaum@melandrussin.com;
lpg@stevenslee.com;
lisa.neimark@guilianicap.com;
meskin@camlev.com;
mwdies@aol.com;

martin.bienenstock@weil.com;
ICBRCAL.ICO1SO1.SDO5@STATE.TN.US;
mamartin@usg.com;
mlynn@kayescholer.com;
mrichman@mayerbrown.com;
mlastowski@duanemorris.com;
ssolazzo@mdmc-law.com;
mcunningham@kmg.com;
ndf@capdale.com;
nfrink@dinslaw.com;
ncremona@kayescholer.com;
usg@jonesday.com;
pweitz@weitzlux.com;
peter@bankrupt.com;
prussin@melandrussin.com;
pfaulkner@psamllc.com;
peter.m.friedman@weil.com;
pvnl@capdale.com;
rchikkalingaiah@centralstatesfunds.org;
notice@regencap.com;
rbwiipa@aol.com;
smaurer@dca.net;
rmillner@sonnenschein.com;
robert.gee@weil.com;
rdehney@mnat.com;
robert.lemons@weil.com;
RHEUGLE@Lomurrolaw.com;
fitchettt@scfuels.com;
rkral@dietrichindustries.com;
nikim@rfosterlaw.com;
sbaena@bilzin.com;
swert@fostersear.com;
sscuteri@farrlawnet.com;
sroyer@state.pa.us;
szieg@ycst.com;
schristianson@buchalter.com;
sstapleton@cowlesthompson.com;
scimalore@wilmingtontrust.com;
syoder@bayardfirm.com;
storrey@usg.com;
terry.graffis@nationalcity.com;
tjb@brandilaw.com;
jacobtl@apci.com;
tgreif@psamllc.com;
victoria.vron@weil.com;
wbs@capdale.com;

feeaudit@whsmithlaw.com;
wskatchen@duanemorris.com;
zacharym@atg.wa.gov;

**In re:  USG Corporation**
**Case Nos.:  04-1559 & 04-1560 (JFC)**
**Interested Party Service List**

*Via Email*

| | |
|---|---|
| Ralph Miller | Scott Baena |
| Judy Liu | Jay Sakalo |
| David Hickerson | Allyn Danzeisen |
| Peter Friedman | Michael Kramer |
| Jarrad Wright | **Bilzin Sumberg Baena Price & Axelrod** |
| **Weil Gotshal & Manges** | sbaena@bilzin.com |
| Ralph.Miller@weil.com | jsakalo@bilzin.com |
| Judy.Liu@weil.com | adanzeisen@bilzin.com |
| David.Hickerson@weil.com | mkramer@bilzin.com |
| Peter.M.Friedman@weil.com | |
| Jarrad.Wright@weil.com | |

Scott Baena
Jay Sakalo
Allyn Danzeisen
Michael Kramer
**Bilzin Sumberg Baena Price & Axelrod**
sbaena@bilzin.com
jsakalo@bilzin.com
adanzeisen@bilzin.com
mkramer@bilzin.com

Nathan Finch
Peter Van Lockwood
Walter Slocombe
**Caplin & Drysdale**
ndf@capdale.com
pvnl@capdale.com
knb@capdale.com
jal@capdale.com
alv@capdale.com
wbs@capdale.com
dkg@capdale.com
ei@capdale.com

Jane Parver
Andrew Kress
Michael Lynn
**Kaye Scholer**
jparver@kayescholer.com
akress@kayescholer.com
mlynn@kayescholer.com
mveidemanis@kayescholer.com
eschwalb@kayescholer.com

Marla Eskin
**Campbell & Levine**
meskin@camlev.com

Scott Deveraux
Kathleen Goodhart
Jeff Gutkin
Laura Pirri
Patrick Gunn
Florence Jao
**Cooley Godward**
devereauxsd@cooley.com
kgoodhart@cooley.com
pgunn@cooley.com
jgutkin@cooley.com
jkarr@cooley.com
lpirri@cooley.com
fjao@cooley.com

Ken Pasquale
Denise Wildes
Lewis Kruger
**Stroock & Stroock & Lavan**
Kpasquale@stroock.com
Dwildes@stroock.com
Lkruger@stroock.com
Jstrauss@stroock.com

Sharon Zieg
James Patton
Maribeth Minella
**Young Conaway Stargatt & Taylor**
szieg@ycst.com
jpatton@ycst.com
mminella@ycst.com


Brad Erens
**Jones Day**
bberens@jonesday.com


**Dean Trafelet**
dtrafelet@dewis.com


Daniel Butz
**Morris Nichols Arsht & Tunnel**
dbutz@mnat.com

Ralph.Miller@weil.com
Judy.Liu@weil.com
David.Hickerson@weil.com
Peter.M.Friedman@weil.com
Jarrad.Wright@weil.com
ndf@capdale.com
pvnl@capdale.com
knb@capdale.com
jal@capdale.com
alv@capdale.com
wbs@capdale.com
dkg@capdale.com
ei@capdale.com
meskin@camlev.com
Kpasquale@stroock.com
Dwildes@stroock.com
Lkruger@stroock.com
Jstrauss@stroock.com
sbaena@bilzin.com
jsakalo@bilzin.com
adanzeisen@bilzin.com
mkramer@bilzin.com
jparver@kayescholer.com
akress@kayescholer.com
mlynn@kayescholer.com
mveidemanis@kayescholer.com
eschwalb@kayescholer.com
devereauxsd@cooley.com
kgoodhart@cooley.com
pgunn@cooley.com
jgutkin@cooley.com
jkarr@cooley.com
lpirri@cooley.com
fjao@cooley.com
szieg@ycst.com
jpatton@ycst.com
mminella@ycst.com
bberens@jonesday.com
dtrafelet@dewis.com
dbutz@mnat.com