**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | : | **Chapter 11** |
| **In re:** | : | **Case No. 01-2094 (JKF)** |
| | : | **Jointly Administered** |
| **USG CORPORATION, *et al.*,** | : | |
| | : | |
| **Debtors.** | : | |
| | : | |
| **USG CORPORATION, *et al.*,** | : | |
| | : | |
| **Movant,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **OFFICIAL COMMITTEE OF ASBESTOS** | : | **Civil Action No. 04-1559 (JFC)** |
| **PERSONAL INJURY CLAIMANTS,** | : | **Civil Action No. 04-1560 (JFC)** |
| **OFFICIAL COMMITTEE OF** | : | |
| **UNSECURED CREDITORS, OFFICIAL** | : | |
| **COMMITTEE OF ASBESTOS PROPERTY** | : | |
| **DAMAGE CLAIMANTS AND LEGAL** | : | |
| **REPRESENTATIVE FOR FUTURE** | : | |
| **CLAIMANTS,** | : | |
| | : | |
| **Respondents.** | : | |
| | : | |

**NOTICE OF SERVICE REGARDING OFFICIAL COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS AND THE LEGAL REPRESENTATIVE FOR
FUTURE CLAIMANTS' JOINT FIRST SET OF INTERROGATORIES
<u>DIRECTED TO THE DEBTORS</u>**

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify that on October

31, 2005, I caused a copy of the *Official Committee Of Asbestos Personal Injury Claimants And*

*The Legal Representative For Future Claimants' Joint First Set Of Interrogatories Directed To*

*The Debtors* to be served upon the individuals below in the manner indicated:

{D0050580:1 }

**VIA ELECTRONIC MAIL**:

Scott Devereaux, Esquire
devereauxsd@cooley.com

Dean Trafelet, Esquire
dtrafelet@dcwis.com

Denise K. Wildes, Esquire
dwildes@stroock.com

Kenneth Pasquale, Esquire
kpasquale@stroock.com

Lewis Kruger, Esquire
lkruger@stroock.com

Jane Parver, Esquire
jparver@kayescholer.com

Efrem Schwalb, Esquire
eschwalb@kayescholer.com

Maris Veidemanis, Esquire
mveidemanis@kayescholer.com

Peter Friedman, Esquire
peter.m.friedman@weil.com

Edmund Emrich, Esquire
eemrich@kayescholer.com

Nathan D. Finch, Esquire
ndf@capdale.com

Daniel Graham, Esquire
dkg@capdale.com

Jeffrey Liesemer, Esquire
JAL@Capdale.com

Peter Van N. Lockwood, Esquire
pvnl@capdale.com

Walter B. Slocombe, Esquire
wbs@capdale.com

Andrew Kress, Esquire
akress@kayescholer.com

Michael Lynn, Esquire
mlynn@kayescholer.com

Scott Baena, Esquire
sbaena@bilzin.com

Jay Sakalo, Esquire
jsakalo@bilzin.com

Allyn Danzeisen, Esquire
adanzeisen@bilzin.com

Matthew Kramer, Esquire
mkramer@bilzin.com

Ralph Miller, Esquire
Ralph.miller@weil.com

Judy Liu, Esquire
Judy.liu@weil.com

David Hickerson, Esquire
David.hickerson@weil.com

Jarred Wright, Esquire
Jarred.wright@weil.com

Joseph Strauss, Esquire
jstrauss@stroock.com

Elihu Inselbuch, Esquire
ei@capdale.com

Marla Rosoff Eskin, Esquire
meskin@camlev.com

Kimberly Brown, Esquire
knb@capdale.com

Adam VanGrack
ALV@capdale.com

Alan Pepper
apepper@kayscholer.com

Jeff Gutkin
jgutkin@cooley.com

Jeffrey Karr
jkarr@cooley.com

James Patton
jpatton@ycst.com

Kathleen Goodhart
kgoodhart@cooley.com

Maribeth Minella
mminella@ycst.com

Mitchell widon
mwidom@bilzin.com

Nicholas Cremona
Ncremona@kayescholer.com

Patrick Gunn
pgunn@cooley.com

Sean Greecher
sgreecher@ycst.com

Sharon Zieg
szieg@ycst.com

     In addition, on October 31, 2005, I, Kathleen Campbell Davis, caused a copy of the

above referenced document to be served upon the following individual via First Class Mail:

        Scott D. Devereaux
        Cooley Godward LLP
        Five Palo Alto Square
        3000 El Camino Real
        Palo Alto, CA 94306-2155

{D0050580:1 }

Dated: October 31, 2005                CAMPBELL & LEVINE, LLC


                                       /S/ Kathleen Campbell Davis
                                       Marla Rosoff Eskin (No. 2989)
                                       Kathleen Campbell Davis (No. 4229)
                                       800 N. King Street, Suite 300
                                       Wilmington, DE 19801
                                       Ph. (302) 426-1900
                                       Fax. (302) 426-9947

                                       CAPLIN & DRYSDALE, CHARTERED
                                       Elihu Inselbuch
                                       399 Park Avenue
                                       New York, NY  10022–4614
                                       Tel: (212) 319–7125
                                       Fax: (212) 644-6755

                                       Peter Van N. Lockwood
                                       Nathan D. Finch
                                       Walter B. Slocombe
                                       Kimberly N. Brown
                                       One Thomas Circle, N.W.
                                       Washington, D.C.  20005
                                       Tel: (202) 862–5000
                                       Fax: (202) 429-3301

                                       Counsel to the Official Committee of Asbestos
                                       Personal Injury Claimants