# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 01-2094 (JKF) |
| USG CORPORATION, *et al.*, | Jointly Administered |
| Debtors. | |
| USG CORPORATION, *et al.*, | |
| Movant, | |
| v. | |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS AND LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS, | Civil Action No. 04-1559 (JFC) |
| | Civil Action No. 04-1560 (JFC) |
| Respondents. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rules of Civil Procedure, the Official Committee of Asbestos Claimants has served a subpoena duces tecum on the Center for Claims Resolution, Inc. ("CCR"). The subpoena requires the production of responsive documents, related to claims information and the CCR, at the offices of Caplin & Drysdale, Chartered, One Thomas Circle, N.W., Washington, D.C. 20005 on December 7, 2005, or at such other place and date as may be agreed to by counsel.

{D0050698:1 }

| | |
|---|---|
| Dated: November 7, 2005 | Respectfully submitted, |
| | **CAMPBELL & LEVINE, LLC** |

/s/ Kathleen Campbell Davis
Marla R. Eskin (No. 2989)
Kathleen Campbell (No. 4229)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Telefax: (302) 426-9947

**CAPLIN & DRYSDALE, CHARTERED**
Elihu Inselbuch
399 Park Avenue, 27th Floor
New York, NY 10022
Telephone: (212) 319-7125
Telefax: (212) 644-6755

Peter Van N. Lockwood
Walter B. Slocombe
Nathan D. Finch
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Telefax: (202) 429-3301

Counsel for the Official Committee of
Asbestos Personal Injury Claimants