# USG Corporation

Brad Erens, Esquire
Ilana N. Glazer, Esquire
Jones Day
77 West Wacker Drive, Suite 3500
Chicago   IL   60601-1692
*Representing Debtors*

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington   DE   19801

Scott Baena, Esquire
Jay M. Sakalo, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod, LLP
2500 First Union Financial Center
200 South Biscayne Blvd.
Suite 2500
Miami   FL   33131-2336
*Representing Committe Counsel*

Marla R. Eskin, Esquire
Kathleen J. Campbell, Esquire
Campbell & Levine, LLC
800 N. King Street
Suite 300
Wilmington   DE   19801
*Counsel for Committee of Personal Injury Claimants*

Peter Van N. Lockwood, Esquire
Caplin & Drysdale
One Thomas Circle, N.W.
Washington   DC   20005-5802
*Counsel for Official Committee of Personal Injury Claimants*

Daniel J. DeFranceschi, Esquire
Paul N. Heath, Esquire
Richards Layton & Finger
One Rodney Square
P.O Box 551
Wilmington   DE   19899
*Local Counsel for Debtor*

Denise K. Wildes, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York   NY   10038-4982
*Official Committee of Unsecured Creditors*

Eric D. Schwartz, Esquire
Derek C. Abbott, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington   DE   19899

Dean M. Trafelet, Esquire
P.O. Box 518
9130 Wild Lane
Baileys Harbor   WI   54202
*Legal Representative for Future Claimants*

Nicholas J. Cremona, Esquire
Andrew A. Kress, Esquire
Kaye Scholer LLP
425 Park Avenue
New York   NY   10022
*Outside Counsel to Legal Representative for Future Claimants*

# USG Corporation

James L. Patton, Jr., Esquire
Sharon Zieg, Esquire
1000 West Street, 17th Floor
The Brandywine Building
Wilmington   DE   19801

*Dean M. Trafelet*


Martin Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil Gotshall & Manges
767 Fifth Avenue
New York   NY   10153

*Counsel to the Statutory Committee of Equity Security Holders*