UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------x
In re:                                            :
                                                  :  Chapter 11
USG CORPORATION                                   :
a Delaware corporation, et al.,                   :
                                                  :  Jointly Administered
                    Debtors.                      :  Case No. 01-2094(JKF)
---------------------------------------------------x
                                                  :
USG CORPORATION, et al.,                          :
                                                  :
                    Movant,                       :
                                                  :
    v.                                            :
                                                  :  Civil Action No. 04-1559 (JFC)
                                                  :  Civil Action No. 04-1560 (JFC)
OFFICIAL COMMITTEE OF                             :
ASBESTOS PERSONAL INJURY                          :
CLAIMANTS, et al.,                                :
                                                  :
                    Respondents.                  :
---------------------------------------------------x

### THE STATUTORY COMMITTEE OF EQUITY SECURITY HOLDERS' JOINDER TO THE DEBTORS' DISCLOSURE OF WITNESSES/INDIVIDUALS WITH KNOWLEDGE

The Statutory Committee of Equity Security Holders (the "Equity Committee") hereby adopts and incorporates by reference the Debtors' Disclosure of Witnesses/Individuals with Knowledge Re: Debtors' Affirmative Estimation Proceeding dated November 7, 2005. The Equity Committee expressly reserves all rights to amend, revise and/or supplement this disclosure after further investigation and discovery.

DC1:\214627\01\4LLV01!.DOC\78444.0003

Date:  November 7, 2005

Respectfully submitted,

_____

**MORRIS, NICHOLS, ARSHT & TUNNELL**

Robert J. Dehney (#3578)
Gregory W. Werkheiser (#3553)
Daniel B. Butz (#4277)
Curtis S. Miller (#4583)
1201 North Market Street,
18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

**WEIL, GOTSHAL & MANGES LLP**

Martin J. Bienenstock
Judy G.Z. Liu
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

-and-

David A. Hickerson
Peter M. Friedman
M. Jarrad Wright
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

-and-

Ralph I. Miller
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 756-7700
Facsimile: (214) 746-7777

Counsel for the Statutory
Committee of Equity Security Holders

491620