## CERTIFICATE OF SERVICE

I, Curtis S. Miller, certify that I am not less than 18 years of age, and that service of the foregoing **The Statutory Committee Of Equity Security Holders' Joinder To The Debtors' Disclosure Of Witnesses/Individuals With Knowledge**, was caused to be made on November 7, 2005, in the manner indicated upon the parties identified on the attached service list and in accordance with the Order Establishing Case Management And Scheduling Procedures For All Matters In The Above Captioned Bankruptcy Cases Which The Reference Has Been Withdrawn From The United States Bankruptcy Court For The District Of Delaware To The United States District Court For The District Of Delaware.

Date: November 7, 2005

_____
Curtis S. Miller (No. 4583)

485403v3