# SERVICE LIST

**VIA EMAIL**

**Office of the United States Trustee**
David Klauder, Esq.
Office of the U.S. Trustee
844 N. King Street, Room 2311
Wilmington, DE  19801
Facsimile No.: 302-573-6497
david.klauder@usdoj.gov

**Delaware Counsel to the Debtors**
Daniel J. DeFranchceschi, Esq.
Paul N. Heath, Esq.
Richard, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
Facsimile No.: 302-651-7701
usg@rlf.com

**Delaware Counsel to the Official Committee of Unsecured Creditors**
Michael R. Lastowski, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246
Facsimile No.: 302-657-4901
mlastowski@duanemorris.com

**Delaware Counsel to the Official Committee of Asbestos Property Damage Claimants**
Steven M. Yoder, Esq.
Neal Glassman, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE  19801
Facsimile No.: 302-658-6395
syoder@bayardfirm.com
nglassman@bayardfirm.com

**Delaware Counsel to the Official Committee of Asbestos Personal Injury Claimants**
Marla R. Eskin, Esq.
Kathleen J. Campbell, Esq.
Campbell & Levin, LLC
800 King Street, Suite 300
Wilmington, DE  19801
Facsimile No.: 302-426-9947
meskin@camlev.com
kcampbell@camlev.com

**Delaware Counsel to Legal Representative for Future Claimants**
James L. Patton, Jr., Esq.
Sharon Zieg, Esq.
Sean Greecher, Esq.
Young Conaway Stargatt Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Facsimile No.: 302-571-1253
jpatton@ycst.com
szieg@ycst.com
sgreecher@ycst.com

**Counsel to the Debtors**
Brad B. Erens, Esq.
Ilana N. Glazer, Esq.
Robert Krebs, Esq.
Kaye Sobczak, Esq.
Jones Day
77 W. Wacker Drive
Chicago, IL  60601
Facsimile No. 312-782-8585
usg@jonesday.com

**Counsel to the Official Committee of Asbestos Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY  10022-4614
Facsimile No.: 212-644-6755
ei@capdale.com

**Counsel to the Debtors**
Scott D. Devereaux, Esq.
Kathleen H. Goodhart, Esq.
Patrick P. Gunn, Esq.
Jeffrey S. Karr, Esq.
Jeff Gutkin, Esq.
Cooley Godward LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Tel: (650) 843-5000
devereauxsd@cooley.com
kgoodhart@cooley.com
pgunn@cooley.com
jgutkin@cooley.com
jkarr@cooley.com

**Counsel to the Official Committee of**
**Unsecured Creditors**
Denise Wildes, Esq.
Kenneth Pasquale, Esq.
Lewis Kruger, Esq.
Joseph E. Strauss, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Facsimile No.: 202- 806-6006
dwildes@stroock.com
Kpasquale@stroock.com
Lkruger@stroock.com
Jstrauss@stroock.com

**Legal Representative for Future Claimants**
Dean M. Trafelet
9103 Wild Lane
P.O. Box 518
Baileys Harbor, WI  54202
Facsimile No.: 920-839-9438
dtrafelet@dcwis.com

**Counsel to the Official Committee of Asbestos**
**Property Damage Claimants**
Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
Annie Martinez, Esq.
Allyn Danzeisen, Esq.
Matthew I. Kramer, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
2500 First Union Financial Center
200 S. Biscayne Blvd., Suite 2500
Miami, FL  33131-2336
Facsimile No.: 305-374-7593
sbaena@bilzin.com
jsakalo@bilzin.com
amartinez@bilzin.com
adanzeisen@bilzin.com
mkramer@bilzin.com
mwidom@bilzin.com

Peter Van N. Lockwood, Esq.
Walter B. Slocombe, Esq.
Nathan D. Finch, Esq.
Jeffery A. Liesemer, Esq.
Albert G. Lauber, Esq.
Kimberly N. Brown, Esq.
Walter B. Slocombe, Esq.
Danielle K. Graham, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005-5802
Facsimile No.: 202-429-3301
ndf@capdale.com
pvnl@capdale.com
knb@capdale.com
jal@capdale.com
agl@capdale.com
wbs@capdale.com
dkg@capdale.com

- 3 -

**Counsel to Legal Representative for Future Claimants**
Jane W. Parver, Esq.
Allen Pepper, Esq.
Nichols J. Cremona, Esq.
Andrew A. Kress, Esq.
Michael A. Lynn, Esq.
Maris Veidemanis, Esq.
Efrem Schwalb, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022
Facsimile No.: 212-836-8689
jparver@kayescholer.com
akress@kayescholer.com
mlynn@kayescholer.com
ncremona@kayescholer.com
mveidemanis@kayescholer.com
eschwalb@kayescholer.com
apepper@kayescholer.com

**Counsel to the Statutory Committee of Equity Security Holders**
Martin Bienenstock, Esq.
Judy G.Z. Liu, Esq.
Robert J. Lemons, Esq.
Julie Friedman, Esq.
Weil Gotshal & Manges
767 Fifth Avenue
New York, NY  10153
Facsimile No.: 212-310-8007
martin.bienenstock@weil.com
Judy.liu@weil.com
robert.lemons@weil.com
Julie.friedman@weil.com
479750v2

**Counsel to the Statutory Committee of Equity Security Holders**
Ralph Miller, Esq.
David Hickerson, Esq.
Peter Friedman, Esq.
Jarrad Wright, Esq.
Weil, Gotshal & Manges
1300 Eye Street N.W. Suite 900
Washington, DC 20005
202.682.7000
jarrad.wright@weil.com
Ralph.miller@weil.com
peter.m.friedman@weil.com
david.hickerson@weil.com

# SERVICE LIST

VIA HAND DELIVERY

Daniel J. DeFranceschi
Paul N. Heath
Richards Layton & Finger P.A.
P. O. Box 551
One Rodney Square
Wilmington, DE  19899-0551

John D. Demmy
Stevens & Lee P.C.
1105 North Market Street
7th Floor
Wilmington, DE  19801

Marla R. Eskin
Kathleen J. Campbell
Campbell & Levine LLC
800 King Street
Suite 300
Wilmington, DE  19801

Robert Jacobs
Jacobs & Crumplar P.A.
P. O. Box 1271
2 East 7th Street
Wilmington, DE  19899

David Klauder
Office of the United States Trustee
J. Caleb Boggs Federal Bldg.
844 King Street Room 2207
Lockbox 35
Wilmington, DE  19801-3519

Michael R. Lastowski
Duane Morris LLP
P. O. Box 195
1100 North Market Street
Suite 1200
Wilmington, DE  19899-1246

Kathleen M. Miller
Smith Katzenstein & Furlow LLP
P. O. Box 410
800 Delaware Avenue
7th Floor
Wilmington, DE  19899

James L. Patton
Sharon Zieg
Young Conaway Stargatt & Taylor LLP
P. O. Box 391
1000 West Street
17th Floor
Wilmington, DE  19899

Steven M. Yoder
Neil B. Glassman
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE  19801

Jennifer M. Zelvin
McCarter & English
P. O. Box 111
919 North Market Street
Suite 950
Wilmington, DE  19899

James C. Carignan
Pepper Hamilton LLP
Hercules Plaza
Suite 5100
1313 Market Street
Wilmington, DE  19801

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

Adam G. Landis
Landis Rath & Cobb
919 Market Street
Suite 600
Wilmington, DE  19801

David B. Stratton
Pepper Hamilton LLP
Hercules Plaza
Suite 5100
1313 Market Street
Wilmington, DE  19801

VIA FIRST CLASS MAIL

ReGen Capital I Inc.
P. O. Box 626
Planetarium Station
New York, NY  10024-0540

Marvin E. Clements Jr.
c/o TN Attorney General's Office
Bankruptcy Unit
P. O. Box 20207
Nashville, TN  37202-0207

- 2 -

Myron K. Cunningham
Kerr McGee Center
P. O. Box 25861
Oklahomas City, OK   73125

Henry S. Freidman
John C. Cruden
U.S. Department of Justice
P. O. Box 7611
Washington, DC   20044

L. Scott Patton
Walter C. Dunn
The Boles Law Firm
1818 Avenue of the Americas
P. O. Drawer 2065
Monroe, LA   71207-2065

Daniel A. Speights
Speights & Runyan
200 Jackson Avenue East
P. O. Box 685
Hampton, SC   29924-3516

J.W. Taylor
c/o Paul Matthews Paralegal
Coastal Transport Inc.
P. O. Drawer 67
Auburndale, FL   33823

Dean M. Trafelet, Esq.
P. O. Box 518
9130 Wild Lane
Baileys Harbor, WI   54202

Julie A. Ardoin
Stephen B. Murray
The Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA   70112-4000

Scott L. Beana
Bilzin Sumberg Beana Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Blvd.
Miami, FL   33131-2336

Jay Sakalo
Bilzin Sumberg Beana Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Blvd.
Miami, FL   33131-2336

Annie Martinez
Bilzin Sumberg Beana Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Blvd.
Miami, FL   33131-2336

Allyn Danzeisen
Bilzin Sumberg Beana Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Blvd.
Miami, FL   33131-2336

Gary L. Barnhart
Missouri Dept. of Revenue
301 West High Street
Room 670
Jefferson City, MO   65101-1517

Martin J. Bienenstock
Judy G. Z. Liu
Weil Gotshall & Manges
767 Fifth Avenue
New York, NY   10153

John J. Rapisardi
Robert J. Lemons
Weil Gotshall & Manges
767 Fifth Avenue
New York, NY   10153

Robert W. Bollar
Southern Counties Oil Co.
1800 West Katella Avenue
Suite 400
Orange, CA   92867-3449

David Boyle
Airgas Inc.
259 Radnor-Chester Road
Suite 100
Radnor, PA   19087-5256

Thomas J. Brandi
Terrace Edwards
Law Offices of Thomas J. Brandi
44 Montgomery Street
#1050
San Francisco, CA   94104

Alan R. Brayton
Brayton & Purcell
222 Rush Landing Road
Novato, CA   94945

Russell Budd Alan B. Rich
Baron & Budd P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX  75219

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

Rathna Chikkalingaiah
Central States Southeast and Southwest
Areas Pension Fund Legal Dept
9377 West Higgins Road
Rosemont, IL  60018-4938

Shawn M. Christianson
Buchalter Nemer Fields & Younger
333 Market Street
25th Floor
San Francisco, CA  94105-2130

Elaine Z. Cole
New York State Dept of Taxation &
Finance
340 East Main Street
Rochester, NY  14604

Newberry College c/o Edward J. Westbrook
Richardson Patrick Westbrook Brickman
LLC
1037 Chuck Dawley Blvd
Building A
Mount Pleasant, SC  29464-4190

Jane Parver, Esquire
Allan Pepper, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Andrew Kress, Esquire
Edmund M. Emrich
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Michael Lynn, Esquire
Nicholas Cremona, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Martin Dies
1009 Green Avenue
Orange, TX  77630

Charles R. Ekberg
Lane Powell Sears Lubersky LLP
1420 Fifth Avenue
Suite 4100
Seattle, WA  98101-2338

Brad B. Erens
Robert Krebs, Kaye Sobczak
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL  60601-1692

Scott A. Huff
Paul Harner
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL  60601-1692

Gregg M. Ficks
Coblentz Patch Duffy & Bass LLP
One Ferry Building
Suite 200
San Francisco, CA  94111

Charles J. Filardi Jr.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT  06890-1436

Ryan A. Foster
The Foster Law Firm PLLC
440 Louisiana
Suite 2100
Houston, TX  77002

Edward M. Fox, Esquire
Kirkpatrick & Lockhart Nicholson Graham
LLP
599 Lexington Avenue
New York, NY  10022

Charles O. Freedgood
JP Morgan Chase
270 Park Avenue
Floor 12
New York, NY  10017-2036

Craig E. Freeman
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY  10022

Neal A. Frink
Dinsmore & Shohl
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202

James G. Gereghty Jr.
Bear Stearns & Co. Inc.
383 Madison Avenue
New York, NY  10179

Charles E. Gibson Jr.
36 Terrace Street
Montpelier, VT  05602-2154

Leonard P. Goldberger
Stevens & Lee P.C.
1818 Market Street
29th Floor
Philadelphia, PA  19103

Terry A. Graffis
National City Bank
1900 East Ninth Street
Locator 01-2136
Cleveland, OH  44114

Daniel J. Habeck
Cramer Multhauf & Hammes LLP
1601 East Racine Avenue
Suite 200
Waukesha, WI  53186-6800

David Heiman
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH  44114

Robert L. Heugle Jr.
Lomurro Davison Eastman & Munoz P.A.
Monmouth Executive Ctr Bldg 1
100 Willowbrook Road
Freehold, NJ  07728-2879

Allan H. Ickowitz
Kathy K. Emanuel
Nossaman Guthner Knox & Elliott LLP
445 South Figueroa St.
31st Floor
Los Angeles, CA  90071

Elihu Inselbuch
Caplin & Drysdale Chartered
399 Park Avenue
New York, NY  10022-4614

Thomas L. Jacobs
Air Products and Chemicals Inc.
7201 Hamilton Blvd.
Allentown, PA  18195-1501

William S. Katchen
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ  07102

Michael V. Kelley
Kelley & Ferraro L.L.P.
1901 Penton Media Building
1300 East Ninth Street
Cleveland, OH  44114

Allan Kellman
The Jacques Admirality Law Firm
1370 Penobscot Building
Detroit, MI  48226

Thomas M. Wilson
Kelley & Ferraro L.L.P.
1901 Penton Media Building
1300 East Ninth Street
Cleveland, OH  44114

Eugene J. Kottenstette
Assistant City Attorney Dept 1207
Land Use & Revenue Section
201 West Colfax Avenue
Denver, CO  80202-3275

Roger Kral
Dietrich Industries
4200 St Rt 22 East #3
Blairville, PA  15717

Gary P. Lightman
Glenn A. Manochi
Lightman Manochi & Christensen
1520 Locust Street
12th Floor
Philadelphia, PA  19102

Peter Van N. Lockwood
Caplin & Drysdale Chartered
One Thomas Circle N.W.
Washington, DC  20005-5802

Mary A. Martin
Suzanne K. Torrey
USG Corporation
125 South Franklin Street
Chicago, IL  60606

- 4 -

Robert B. Millner
Sonnenschein Nath & Rosenthal
8000 Sears Tower
233 South Wacker Drive
Chicago, IL  60606

Christopher R. Momjian
Office of the Attorney General
21 South 12th Street
3rd Floor
Philadelphia, PA  19107-3603

Zachary Mosner
Office of the Attorney General
Bankruptcy & Collections Unit
900 Fourth Avenue
Suite 2000
Seattle, WA  98164-1012

Lisa B. Neimark
E&Y Capital Advisors LLC
233 South Wacker Drive
Chicago, IL  60606

Michael P. Richman
Jean Marie L. Atamian
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY  10019

Anthony J. Diana
Leslie Chebli
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY  10019

Barry Ridings
Lazard Freres & Co. LLC
30 Rockefeller Plaza
60th Floor
New York, NY  10020

Sharon L. Royer
Harrisburg Bankruptcy and Compliance
1171 South Cameron Street
Room 312
Harrisburg, PA  17104-2513

Howard C. Rubin
Kessler & Collins
5950 Sherry Lane
Suite 222
Dallas, TX  75225

Peter D. Russin
Meland Russin Hellinger & Budwick P.A.
3000 Wachovia Financial Center
200 S. Biscayne Boulevard
Miami, FL  33131

L. Tannenbaum
Meland Russin Hellinger & Budwick P.A.
3000 Wachovia Financial Center
200 S. Biscayne Boulevard
Miami, FL  33131

Beverly H. Shideler
IBM Corporation
2 Lincoln Center
#200
Oakbrook Terrace, IL  60181-4837

Warren H. Smith
Warren H. Smith & Associates P.C.
Republic Center Suite 1275
325 North Saint Paul
Dallas, TX  75201

Charles Siegel
Waters & Kraus LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX  75204

Sergio I. Scuteri
Farr Burke Gambacorta & Wright, P.C.
211 Benigno Boulevard
Suite 201, Eastern Internal
Exec Office Ctr
Bellmawr, NJ  08031-2534

Adam M. Spence
The Law Offices of Adam M. Spence P.C.
105 West Chesapeake Avenue
Suite 400
Towson, MD  21204

Stephen C. Stapleton
Cowles & Thompson
901 Main Street
Suite 4000
Dallas, TX  75202

Michael S. Waters
Jeffrey Bernstein Esquire
Carpenter Bennett & Morrissey
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102

- 6 -

Richard Blackstone Webber II
Richard Blackstone Webber II PA
320 Maitland Avenue
Altamonte Springs, FL  32701

Perry Weitz
C. Sanders McNew
Weitz & Luxenborg
180 Maiden Lane
New York, NY  10038-4925

Scott W. Wert
Foster & Sear LLP
524 East Lamar Boulevard
Suite 200
Arlington, TX  76011

Denise K. Wildes
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

466186