IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Case No. 01-2094 (JKF) |
|  | : | Jointly Administered |
| USG CORPORATION, *et al.*, | : |  |
|  | : |  |
| Debtors. | : |  |
|  |  |  |
|  | : |  |
| USG CORPORATION, *et al.*, | : |  |
|  | : |  |
| Movant, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| OFFICIAL COMMITTEE OF ASBESTOS | : | Civil Action No. 04-1559 (JFC) |
| PERSONAL INJURY CLAIMANTS, | : | Civil Action No. 04-1560 (JFC) |
| OFFICIAL COMMITTEE OF | : |  |
| UNSECURED CREDITORS, OFFICIAL | : |  |
| COMMITTEE OF ASBESTOS PROPERTY | : |  |
| DAMAGE CLAIMANTS AND LEGAL | : |  |
| REPRESENTATIVE FOR FUTURE | : |  |
| CLAIMANTS, | : |  |
|  | : |  |
| Respondents. | : |  |

### NOTICE OF SERVICE

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify that on November 7, 2005, I caused a copy of the *Official Committee Of Asbestos Personal Injury Claimants And The Legal Representative For Future Claimants' Joint Disclosure Of Those Individuals With Percipient Knowledge As To Topics For Which The Parties Intend To Offer Evidence In Their Case-In-Chief* to be served upon the individuals below in the manner indicated:

{D0050745:1 }

*VIA ELECTRONIC MAIL:*

Scott Devereaux, Esquire
devereauxsd@cooley.com

Dean Trafelet, Esquire
dtrafelet@dcwis.com

Denise K. Wildes, Esquire
dwildes@stroock.com

Kenneth Pasquale, Esquire
kpasquale@stroock.com

Lewis Kruger, Esquire
lkruger@stroock.com

Jane Parver, Esquire
jparver@kayescholer.com

Efrem Schwalb, Esquire
eschwalb@kayescholer.com

Maris Veidemanis, Esquire
mvedidemanis@kayescholer.com

Peter Friedman, Esquire
peter.m.friedman@weil.com

Edmund Emrich, Esquire
eemrich@kayescholer.com

Nathan D. Finch, Esquire
ndf@capdale.com

Daniel Graham, Esquire
dkg@capdale.com

Jeffrey Liesemer, Esquire
JAL@Capdale.com

Peter Van N. Lockwood, Esquire
pvnl@capdale.com

Walter B. Slocombe, Esquire
wbs@capdale.com

Andrew Kress, Esquire
akress@kayescholer.com

Michael Lynn, Esquire
mlynn@kayescholer.com

Scott Baena, Esquire
sbaena@bilzin.com

Jay Sakalo, Esquire
jsakalo@bilzin.com

Allyn Danzeisen, Esquire
adanzeisen@bilzin.com

Matthew Kramer, Esquire
mkramer@bilzin.com

Ralph Miller, Esquire
Ralph.miller@weil.com

Judy Liu, Esquire
Judy.liu@weil.com

David Hickerson, Esquire
David.hickerson@weil.com

Jarred Wright, Esquire
Jarred.wright@weil.com

Joseph Strauss, Esquire
jstrauss@stroock.com

Elihu Inselbuch, Esquire
ei@capdale.com

Marla Rosoff Eskin, Esquire
meskin@camlev.com

Kimberly Brown, Esquire
knb@capdale.com

{D0050745:1 }

Adam VanGrack
ALV@capdale.com

Alan Pepper
apepper@kayscholer.com

Jeff Gutkin
jgutkin@cooley.com

Jeffrey Karr
jkarr@cooley.com

James Patton
jpatton@ycst.com

Kathleen Goodhart
kgoodhart@cooley.com

Maribeth Minella
mminella@ycst.com

Mitchell widon
mwidom@bilzin.com

Nicholas Cremona
Ncremona@kayescholer.com

Patrick Gunn
pgunn@cooley.com

Sean Greecher
sgreecher@ycst.com

Sharon Zieg
szieg@ycst.com

Florence Jao
fjao@cooley.com

In addition, on November 7, 2005, I, Kathleen Campbell Davis, caused a copy of the above referenced document to be served upon the following individual via First Class Mail:

> Scott D. Devereaux
> Cooley Godward LLP
> Five Palo Alto Square
> 3000 El Camino Real
> Palo Alto, CA 94306-2155

Dated: November 7, 2005                    CAMPBELL & LEVINE, LLC

/S/ Kathleen Campbell Davis
Marla Rosoff Eskin (No. 2989)
Kathleen Campbell Davis (No. 4229)
800 N. King Street, Suite 300
Wilmington, DE 19801
Ph. (302) 426-1900
Fax. (302) 426-9947

{D0050745:1 }