# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| USG CORPORATION<br>a Delaware corporation, et al. | :<br>: | Joint Administered<br>Case No. 01-2094 (JKF) |
| Debtors, | : | |
| USG CORPORATION, et al., | : | Civil Action No. 04-1559 (JFC) |
| Movant, | : | Civil Action No. 04-1560 (JFC) |
| v. | : | |
| OFFICIAL COMMITTEE OF ASBESTOS<br>PERSONAL NJURY CLAIMANTS, et al. | :<br>: | |
| Respondents.. | : | |

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER TO THE DEBTORS' DISCLOSURE OF WITNESSES/INDIVIDUALS WITH KNOWLEDGE

The Official Committee of Unsecured Creditors (the "Committee") hereby adopts and incorporates by reference the Debtors' Disclosure of Witnesses/Individuals with Knowledge Re: Debtors' Affirmative Estimation Proceeding dated November 7, 2005. The Committee expressly reserves all rights to amend, revise and/or supplement this disclosure after further investigation and discovery.

**[Signature Block Follows]**

Dated: Wilmington, Delaware
       November 9, 2005

                **STROOCK & STROOCK & LAVAN LLP**
                Lewis Kruger, Esq.
                Kenneth Pasquale, Esq.
                Denise K. Wildes, Esq.
                180 Maiden Lane
                New York, NY 10038-4982
                (212) 806-5400

                -and-

                **DUANE MORRIS LLP**

                /s/ Michael Lastowski
                Michael Lastowski, Esq. (DE I.D. No. 3892)
                William S. Katchen, Esq.
                1100 North Market Street, Suite 1200
                Wilmington, Delaware 19801
                Telephone:  (302)-657-4942
                Facsimile:   (302) 657-4901
                E-mail:      mlastowski@duanemorris.com

                Co-Counsel for the Creditors Committee