IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 01-2094 (JKF) |
| USG CORPORATION, *et al.*, | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| USG CORPORATION, *et al.*, | : | |
| Movant, | : | |
| v. | : | |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS AND LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS, | : | Civil Action No. 04-1559 (JFC) Civil Action No. 04-1560 (JFC) |
| Respondents. | : | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Elihu Inselbuch, Esquire, of Caplin & Drysdale, Chartered, counsel for the Official Committee of Asbestos Personal Injury Claimants in the above-captioned case, will have a new address effective November 28, 2005.

**PLEASE TAKE FURTHER NOTICE** that all notices given or required to be given in these proceedings shall be served upon Elihu Inselbuch, Esquire at the following address:

{D0051551:1 } 1

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Telefax: (212) 644-6755

**PLEASE TAKE FURTHER NOTICE** that the address of the Washington, D.C. office of Caplin & Drysdale, Chartered has not changed.

CAMPBELL & LEVINE, LLC

/S/ Kathleen Campbell Davis
Marla Rosoff Eskin (DE No. 2989)
Kathleen Campbell Davis (DE No. 4229)
800 King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

Dated: November 22, 2005