**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| USG CORPORATION, | ) | Jointly Administered |
| A Delaware Corporation., *et al.*, | ) | Case No. 01-2094 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| USG CORPORATION, *et al.*, | ) | |
| | ) | |
| Movant | ) | |
| v. | ) | |
| | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS | ) | Civil Action No. 04-1559 (JFC) |
| PERSONAL INJURY CLAIMANTS, *et al.* | ) | Civil Action No. 04-1560 (JFC) |
| | ) | |
| Respondents. | ) | |

**ORDER GRANTING MOTION OF BARON & BUDD, P.C., FOSTER & SEAR, LEBLANC & WADDELL, LLP AND SILBER PEARLMAN, LLP FOR EMERGENCY AND EXPEDITED HEARING AND/OR TELEPHONIC HEARING ON MOTION TO EXTEND TIME TO COMPLETE DEBTORS' STANDARD QUESTIONNAIRE TO SELECT PERSONAL INJURY ASBESTOS CLAIMANTS**

Came on for consideration the Motion of Baron & Budd, P.C., Foster & Sear, LeBlanc & Waddell, LLP, and Silber Pearlman, LLP for an Emergency and Expedited Hearing and/or Telephonic Hearing on their Motion to Extend Time to Complete Debtors' Standard Questionnaire to Select Personal Injury Asbestos Claimants (the "Motion to Extend Time") (the "Motion"). After due consideration of the Motion, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Motion of Baron & Budd, P.C., Foster & Sear, LeBlanc & Waddell, LLP, and Silber Pearlman, LLP to Extend Time to Complete Debtors' Standard Questionnaire to Select Personal Injury Asbestos Claimants

(the "Motion to Extend Time") shall be heard telephonically on Friday, January 6, 2006, at 3:00 p.m. Eastern Standard Time.

IT IS FURTHER ORDERED that counsel for the Movants shall circulate a toll free call in number for the telephonic hearing on the Motion to Extend Time electronically on the parties on the Special Service List and the Bankruptcy Rule 2002 Service List as of January 04, 2006 by 5:00 p.m. Eastern Standard Time on Thursday, January 5, 2006.

**IT IS SO ORDERED.**

Dated: January _____, 2006

_____
THE HONORABLE JOY FLOWERS CONTI
UNITED STATES DISTRICT JUDGE