UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
USG CORPORATION                                 :
a Delaware corporation, et al.,                 :
                                                :   Jointly Administered
              Debtors.                          :   Case No. 01-2094(JKF)
---------------------------------------------------------x
USG CORPORATION, et al.,                        :
                                                :
              Movant,                           :
    v.                                          :
                                                :   Civil Action No. 04-1559 (JFC)
OFFICIAL COMMITTEE OF                           :   Civil Action No. 04-1560 (JFC)
ASBESTOS PERSONAL INJURY                        :
CLAIMANTS, et al.,                              :
                                                :
              Respondents.                      :
---------------------------------------------------------x

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that The Statutory Committee of Equity Security Holders hereby enter their appearance by and through their undersigned counsel, Morris, Nichols, Arsht & Tunnell and Weil Gotshal & Manges LLP, pursuant to, inter alia, Rules 2002(i), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), request is hereby made that all notices given or required to be given, and all papers served or required to be served in these cases be given to and served upon the following attorneys at the firms listed below:

MORRIS, NICHOLS, ARSHT & TUNNELL
Robert J. Dehney (No. 3578)
Daniel B. Butz (No. 4277)
Curtis S. Miller (No. 4583)
1201 N. Market Street
Wilmington, DE  19801
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
rdehney@mnat.com

dbutz@mnat.com
cmiller@mnat.com

WEIL, GOTSHAL & MANGES LLP
Martin J. Bienenstock
Judy G.Z. Liu
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
martin.bienenstock@weil.com
judy.liu@weil.com

WEIL, GOTSHAL & MANGES LLP
David A. Hickerson
Peter M. Friedman
M. Jarrad Wright
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
david.hickerson@weil.com
peter.m.friedman@weil.com
jarrad.wright@weil.com

WEIL, GOTSHAL & MANGES LLP
Ralph I. Miller
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 756-7700
Facsimile: (214) 746-7777
ralph.miller@weil.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by e-mail, mail, hand delivery, telephone, telephone, telegraph, telex or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in these cases, with respect to the (a) debtors, (b) property of the debtors' estate, or proceeds thereof, in which the debtors may

claim an interest or (c) property or proceeds thereof in the possession, custody or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct or seeks to dispense with any obligation to give notice or to perform an act, or seeks to extend the time for any party, including the debtors, to take some action.

**PLEASE TAKE FURTHER NOTICE** that the Parties intend that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the Parties' right to trial by jury in any proceeding so triable in these cases or any case controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Parties may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date: January 6, 2006

**MORRIS, NICHOLS, ARSHT & TUNNELL**

_____
Robert J. Dehney (#3578)
Daniel B. Butz (#4277)
Curtis S. Miller (#4583)
1201 North Market Street,
18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

-and-

**WEIL, GOTSHAL & MANGES LLP**

Martin J. Bienenstock
Judy G.Z. Liu
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

-and-

David A. Hickerson
Peter M. Friedman
M. Jarrad Wright
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

-and-

Ralph I. Miller
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 756-7700
Facsimile: (214) 746-7777

Counsel for the Statutory
Committee of Equity Security Holders

500593