## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Appearance And Request For Service Of Papers**, was caused to be made on January 6, 2006, in the manner indicated upon the parties identified on the attached service lists and in accordance with the Order Establishing Case Management And Scheduling Procedures For All Matters In The Above Captioned Bankruptcy Cases Which The Reference Has Been Withdrawn From The United States Bankruptcy Court For The District Of Delaware To The United States District Court For The District Of Delaware.

Date: January 6, 2006

_____
Daniel B. Butz (No. 4227)

500598v2