**EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | :    Chapter 11 |
| USG CORPORATION, | : |
| a Delaware corporation, et al., | :    Jointly Administered |
| | :    Case No. 01-2094 (JKF) |
| Debtors. | : |
| | : |
| USG CORPORATION, et al., | :    Hearing Date: January 30, 2006 |
| | :    Hearing Time: 11:00 am |
| Movant | : |
| | : |
| v. | : |
| | : |
| OFFICIAL COMMITTEE OF | :    Civil Action No. 04-1559 (JFC) |
| ASBESTOS PERSONAL INJURY | :    Civil Action No. 04-1560 (JFC) |
| CLAIMANTS, et al., | : |
| | : |
| Respondents. | : |

## ORDER SETTING *TELEPHONIC* HEARING

COOLEY GODWARD LLP
Stephen C. Neal (CA 170085)
Scott D. Devereaux (CA 146050)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306
Tel: (650) 843-5000

JONES DAY
David G. Heiman (OH 0038271)
Brad B. Erens (IL 6206864)
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Tel: (216) 586-3939

RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (DE No. 2732)
Paul N. Heath (DE No. 3704)
Jason M. Madron (DE No. 4431)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel: (302) 651-7700

*Counsel for Debtors*

RLF1-2974513-1

2

Upon Debtors'[1] emergency motion, a telephonic hearing in the above-captioned actions is hereby set for 11:00 am EST on Monday, January 30, 2006. Parties may participate in the hearing by dialing 1-888-453-4412 and entering the "passcode" of 949651, no later than 10:50 am EST.

Debtors are ordered to serve notice of this hearing upon the parties to the above-captioned actions promptly upon entry of this Order.

**IT IS SO ORDERED.**

Dated: January _____, 2006

_____
The Honorable Joy Flowers Conti
United States District Court Judge

---

[1] "Debtors" include the following eleven entities: USG Corporation, United States Gypsum Company, USG Interiors, Inc., USG Interiors International, Inc., L&W Supply Corporation, Beadex Manufacturing, LLC, B-R Pipeline Company, La Mirada Products Co., Inc., USG Industries, Inc., USG Pipeline Company, and Stocking Specialists, Inc.