IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| **USG CORPORATION,** | : | |
| a Delaware corporation, et al., | : | Jointly Administered |
| | : | Case No. 01-2094 (JKF) |
| Debtors. | : | |
| | : | |
| **USG CORPORATION, et al.,** | : | Hearing Date: January 30, 2006 |
| | : | Hearing Time: 11:00 am |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **OFFICIAL COMMITTEE OF** | : | Civil Action No. 04-1559 (JFC) |
| **ASBESTOS PERSONAL INJURY** | : | Civil Action No. 04-1560 (JFC) |
| **CLAIMANTS, et al.,** | : | |
| | : | |
| Respondents. | : | |

**ORDER SETTING *TELEPHONIC* HEARING**

Upon Debtors'[1] emergency motion, a telephonic hearing in the above-captioned actions is hereby set for 11:00 am EST on Monday, January 30, 2006. Parties may participate in the hearing by dialing 1-888-453-4412 and entering the "passcode" of 949651, no later than 10:50 am EST.

Debtors are ordered to serve notice of this hearing upon the parties to the above-captioned actions promptly upon entry of this Order.

**IT IS SO ORDERED.**

Dated: January 27, 2006

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
The Honorable Joy Flowers Conti
United States District Court Judge

---

[1] "Debtors" include the following eleven entities: USG Corporation, United States Gypsum Company, USG Interiors, Inc., USG Interiors International, Inc., L&W Supply Corporation, Beadex Manufacturing, LLC, B-R Pipeline Company, La Mirada Products Co., Inc., USG Industries, Inc., USG Pipeline Company, and Stocking Specialists, Inc.