IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| USG CORPORATION, : | |
| a Delaware corporation, et al., : | Jointly Administered |
| : | Case No. 01-2094 (JKF) |
| Debtors. : | |
| : | |
| _____ : | |
| USG CORPORATION, et al., : | Objection Deadline: February 7, 2006 |
| : | Hearing Date: February 9, 2006 |
| Movant : | Hearing Time: 12:30 pm EST |
| : | |
| v. : | |
| : | |
| OFFICIAL COMMITTEE OF : | |
| ASBESTOS PERSONAL INJURY : | Civil Action No. 04-1559 (JFC) |
| CLAIMANTS, et al., : | Civil Action No. 04-1560 (JFC) |
| : | |
| Respondents. : | |

**NOTICE OF HEARING**

       PLEASE TAKE NOTICE that on January 26, 2006, the above-captioned Debtors-Movants (the "Debtors") filed an *Emergency Motion for Telephonic Hearing [Docket No. 80 in Case #04-1559 & Docket No. 85 in Case #04-1560]*.

       PLEASE TAKE FURHTER NOTICE that on January 27, 2006, the Court entered the *Order Setting Telephonic Hearing [Docket No. 81 in Case #04-1559 & Docket No. 86 in Case #04-1560]* (the "Order"). The Order scheduled the requested telephonic hearing for January 30, 2006 at 11:00 a.m. EST.

       PLEASE TAKE FURTHER NOTICE that on January 30, 2006, the Debtors filed a *Motion for Stay of Estimation Proceedings and Proceedings on Debtors' Voting Rights Motion [Docket No. 83 in Case #04-1559 & Docket No. 88 in Case #04-1560]*.

PLEASE TAKE FURTHER NOTICE that during the January 30, 2006 hearing, the Court ordered a temporary stay of discovery until February 9, 2006 at 12:30 p.m. EST (the "Stay").  In addition, the Court ordered than any objections to extending the Stay beyond February 9, 2006 at 12:30 p.m. EST must be filed with the Court on or before February 7, 2006.

PLEASE TAKE FURTHER NOTICE that a status conference regarding the Stay or a hearing regarding any objections to the Stay is scheduled for 12:30 p.m. EST on Thursday, February 9, 2006.  Parties may appear in person or by telephone.  Parties desiring to participate by telephone may dial 1-888-453-4412 and enter the "passcode" of 949651, no later than 12:20 p.m. EST.

Dated:  February 3, 2006
       Wilmington, Delaware

/s/ *Paul N. Heath*
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Stephen C. Neal (CA 170085)
Scott D. Devereaux (CA 146050)
COOLEY GODWARD LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
(650) 843-5000

-and-

David G. Heiman (OH 0038271)
Brad B. Erens (IL 6206864)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
(216) 586-3939

*Counsel to Debtors and
Debtors in Possession*