# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **USG CORPORATION,** | : | |
| a Delaware corporation, et al., | : | **Jointly Administered** |
| | : | **Case No. 01-2094 (JKF)** |
| **Debtors.** | : | |
| | : | |
| _____ | : | |
| **USG CORPORATION, et al.,** | : | |
| | : | |
| **Movant** | : | |
| | : | |
| v. | : | **Civil Action No. 04-1559 (JFC)** |
| | : | **Civil Action No. 04-1560 (JFC)** |
| **OFFICIAL COMMITTEE OF** | : | |
| **ASBESTOS PERSONAL INJURY** | : | |
| **CLAIMANTS, et al.,** | : | |
| | : | |
| **Respondents.** | : | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on August 21, 2002, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the ***Debtors' Motion for a Declaration with Respect to Voting Rights of Certain Putative "Claimants"*** [Docket No. 2635] (the "Motion") in the above-referenced case pending before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that on August 30, 2002, counsel for the Official Committee of Unsecured Creditors (the "Committee") filed ***The Official Committee of Unsecured Creditors' Joinder in the Debtors' Motion for a Declaration with Respect to Voting Rights of Certain Putative "Claimants"*** [Docket No. 2679] (the "Joinder") in the Bankruptcy Court.

RLF1-3000429-1

PLEASE TAKE FURTHER NOTICE that on December 23, 2004, the Honorable Joy Flowers Conti entered an order in the Bankruptcy Court [Docket No. 7496] withdrawing the reference to the United States District Court for the District of Delaware with regard to the Motion and Joinder.

PLEASE TAKE FURTHER NOTICE that the Debtors and Committee filed with the Bankruptcy Court a Notice of Withdrawal, withdrawing, without prejudice, the Motion and Joinder [Docket No. 10830].  A copy of the Notice of Withdrawal filed with the Bankruptcy Court is attached hereto as Exhibit A.

Dated:  April 7, 2006
         Wilmington, Delaware

    /s/ *Paul N. Heath*
Daniel J. DeFranceschi (DE I.D. 2732)
Paul N. Heath (DE I.D. 3704)
920 North King Street
P.O. Box 551
Wilmington, Delaware  19899
Telephone:  (302) 651-7700

-and-

David G. Heiman (OH I.D. 0038271)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939

Brad B. Erens (IL I.D. 6206864)
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone:  (312) 782-3939

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

-3-