IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | : |
| | : Chapter 11 |
| **USG CORPORATION,** | : |
| a Delaware corporation, et al., | : Jointly Administered |
| | : Case No. 01-2094 (JKF) |
| **Debtors.** | : |
| | : |
| _____ | : |
| **USG CORPORATION, et al.,** | : |
| | : |
| **Movant** | : |
| | : |
| v. | : |
| | : Civil Action No. 04-1559 (JFC) |
| **OFFICIAL COMMITTEE OF** | : Civil Action No. 04-1560 (JFC) |
| **ASBESTOS PERSONAL INJURY** | : |
| **CLAIMANTS, et al.,** | : |
| | : |
| **Respondents.** | : |

## ORDER

AND NOW, this 16th day of June, 2006, by reason of the entry of the Order Confirming the First Amended Joint Plan of Reorganization of USG Corporation and Its Debtor Subsidiaries, As Modified (Doc. No. 1 filed at Civil Action No. 06-119 (JFC)), it appears that Civil Action Nos. 04-1559(JFC) and 04-1560(JFC) in the United States District Court for the District of Delaware are moot.

IT IS HEREBY ORDERED that the Clerk mark Civil Action Nos. 04-1559(JFC) and 04-1560(JFC) in the United States District Court for the District of Delaware closed.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc:   Counsel of Record